(Official Form 1) (10/06)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**IMPERIAL OIL CO., INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all) **22-1008420** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**Orchard Place**<br>**Morganville, NJ**<br><div align="right">ZIPCODE **07751**</div> | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><div align="right">ZIPCODE</div> |
| County of Residence or of the Principal Place of Business:<br>**Monmouth** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**PO Box 279**<br>**Morganville, NJ**<br><div align="right">ZIPCODE **07751**</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIPCODE</div> |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><div align="right">ZIPCODE</div> | |

<table>
<tr>
<td><b>Type of Debtor</b><br>(Form of Organization)<br>(Check one box.)<br><br>☐ Individual (includes Joint Debtors)<br><i>See Exhibit D on page 2 of this form.</i><br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)</td>
<td><b>Nature of Business</b><br>(Check one box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br><br><b>Tax-Exempt Entity</b><br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).</td>
<td><b>Chapter of Bankruptcy Code Under Which the Petition is Filed</b> (Check one box.)<br><br>☐ Chapter 7   ☐ Chapter 15 Petition for<br>☐ Chapter 9     Recognition of a Foreign<br>☑ Chapter 11   Main Proceeding<br>☐ Chapter 12  ☐ Chapter 15 Petition for<br>☐ Chapter 13     Recognition of a Foreign<br>              Nonmain Proceeding<br><br><b>Nature of Debts</b><br>(Check one box)<br>☐ Debts are primarily consumer  ☑ Debts are primarily<br>debts, defined in 11 U.S.C.     business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose."</td>
</tr>
</table>

<table>
<tr>
<td><b>Filing Fee</b> (Check one box)<br><br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.</td>
<td><b>Chapter 11 Debtors:</b><br><br><b>Check one box:</b><br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><b>Check if:</b><br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br><b>Check all applicable boxes:</b><br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).</td>
</tr>
</table>

<table>
<tr>
<td><b>Statistical/Administrative Information</b><br>☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.</td>
<td><b>THIS SPACE IS FOR COURT USE ONLY</b></td>
</tr>
</table>

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☑ $0 to $10,000 | ☐ $10,000 to $100,000 | ☐ $100,000 to $1 million | ☐ $1 million $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,000 to $100,000 | ☐ $100,000 to $1 million | ☑ $1 million $100 million | ☐ More than $100 million |
|---|---|---|---|---|

© 1993-2007 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

VOLUNTARY PETITION

| (Official Form 1) (10/06) | FORM B1, Page 2 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**IMPERIAL OIL CO., INC.** |

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>    Signature of Attorney for Debtor(s)           Date</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

(Name of landlord or lessor that obtained judgment)

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

(Official Form 1) (10/06)

FORM B1, Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**IMPERIAL OIL CO., INC.** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br>☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | X _____<br>Signature of Foreign Representative<br>X _____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| Signature of Attorney | Signature of Non-Attorney Petition Preparer |
|---|---|
| X _____<br>Signature of Attorney for Debtor(s)<br>**Richard B. Honig, Esq. 1981**<br>Printed Name of Attorney for Debtor(s)<br>**HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP**<br>Firm Name<br>**One Gateway Center, 8th Floor**<br>Address<br>**Newark, NJ  07102**<br><br>**973-621-9020**<br>Telephone Number<br>**April 17, 2007**<br>Date | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.<br><br>_____<br>Printed Name and title, if any,  of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>Address |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br>**H. SCOTT STEVENS**<br>Printed Name of Authorized Individual<br>**President**<br>Title of Authorized Individual<br>**April 17, 2007**<br>Date | X _____<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>_____<br>Date<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

VOLUNTARY PETITION

STATE OF NEW JERSEY )
                    )    SS:
COUNTY OF ESSEX     )


     H. Scott Stevens, being duly sworn according to law, deposes
and says:


     1.    I am the President of Imperial Oil Co., Inc., a New
Jersey Corporation.


     2.    I am duly authorized to execute the within Petition on
behalf of Imperial Oil Co., Inc., a New Jersey Corporation.


     3.    The facts contained herein are true to the best of my
knowledge, information, and belief.

                                   _____
                                        H. SCOTT STEVENS


Sworn to and subscribed to
before me this 17th day of
April, 2007.

_____
     BARBRARA M. JOHNSON
   A Notary Public of New Jersey
 My Commission Expires 4/25/2008

## CORPORATE RESOLUTION

I, George C. Kulick, Jr., Secretary of Imperial Oil Co., Inc., a corporation of the State of New Jersey, hereby certify that Special Meeting of the Board of Directors of said corporation was held in accordance with the By-Laws of said corporation on April 17, 2007, at which the sole directors were present and acting throughout, and the following resolution was duly and regularly adopted:

> RESOLVED, that H. Scott Stevens, the President of this Corporation, be and he is hereby authorized and directed on behalf of and in the name of this Corporation to execute and verify a Petition for Relief under Chapter 11 of the United States Bankruptcy Code and to cause same to be filed in the United States Bankruptcy Court for the District of New Jersey, to file any Plan or Plans of Reorganization for the Debtor necessary to effectuate a Plan of Reorganization; and

> RESOLVED, that the retention of Hellring Lindeman Goldstein & Siegal LLP, as attorneys for the Debtor in these proceedings, is hereby ratified.

**IN WITNESS WHEREOF,** I have hereunto set my hand on this 17th day of April, 2007.

IMPERIAL OIL CO., INC.

By: _____
GEORGE C. KULICK, JR., Secretary

The above is a true copy of the Minutes of a Special Meeting held by the Board of Directors of the above named company the day and year stated above.

_____
GEORGE C. KULICK, JR., Secretary

**United States Bankruptcy Court**
**District of New Jersey**

IN RE:                                                    Case No.

IMPERIAL OIL CO., INC.                                    Chapter 11

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| United States Of America<br>US Environmental Protection Agency<br>PO Box 7611-Ben Franklin Station<br>Washington, DC  20044 | | | | 4,143,982.00 |
| Lubrizol Corporation<br>PNC Bank<br>3013 Solutions Center<br>Chicago, IL  60677-3000 | | | | 819,903.58 |
| Midcontinental Chemical Company<br>PO Box 15143<br>Lenexa, KS  66285 | | | | 130,816.01 |
| Sunrise Oil & Chemical, Inc.<br>PO Box 888531<br>Atlanta, GA  30356-0531 | | | | 116,397.00 |
| Peckar Abramson Bastianelli & Kelley<br>Attn:  Ron Uscher, Esq.<br>1133 21st St., N.W., Suite 500<br>Washington, DC  20036 | | | | 91,921.57 |
| Russell Stanley Corporation<br>PO Box 32014<br>Hartford, CT  06150-2014 | | | | 89,370.30 |
| Lancaster Container, Inc.<br>PO Box 18<br>27 Penn Street<br>Washington Boro., PA  17582 | | | | 76,018.73 |
| Fisher & Phillips LLP<br>Attn:  Kathy Caminitti, Esq.<br>Corporate Pk III, 580 Howard Avenue<br>Somerset, NJ  08873 | | | | 70,000.00 |
| USA Container Co., INc.<br>1776 South Second Street<br>Piscataway, NJ  08854 | | | | 69,122.70 |
| Kinetic Supply-Chain Services<br>253 Route 70, Suite D<br>Morganville, NJ  07751 | | | | 55,890.63 |
| Logistxs, Inc.<br>110 Grand Avenue<br>Hackettstown, NJ  07840 | | | | 54,624.00 |
| J.H. Cohn, LLP<br>27 Christopher Way<br>Eatontown, NJ  07724 | | | | 54,075.00 |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---:|
| **Triangle Trading Co.**<br>**Bryn Mawr Trust, Member Bnking**<br>**801 Lancaster Ave.**<br>**Bryn Mawr, PA  19010** | 53,805.64 |
| **Industrial Container Ltd.**<br>**2069 Rue Pigeon**<br>**Lassale, Que H8N 1A8**<br>**Canada,** | 48,396.25 |
| **Infineum USA L.P.**<br>**PO Box 7247-8702**<br>**Philadelphia, PA  19170-8702** | 45,023.00 |
| **Exxon Company USA**<br>**PO Box 101537**<br>**Atlanta, GA  30392-1537** | 35,000.00 |
| **Rieke Corporation**<br>**Department #218001**<br>**PO Box 67000**<br>**Detroit, MI  48267-2180** | 27,638.20 |
| **Amerada Hess Corporation**<br>**PO Box 11508**<br>**Newark, NJ  07101-4508** | 26,737.64 |
| **Treen Box & Pallet Corp.**<br>**PO Box 368**<br>**1950 Street Road**<br>**Bensalem, PA  19020** | 20,152.40 |
| **Greif Bros. Corporaiton**<br>**PO Box 88879**<br>**Chicago, IL  60695-1879** | 13,986.47 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **April 17, 2007**          Signature:

**H. SCOTT STEVENS, President**

(Print Name and Title)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## United States Bankruptcy Court
### District of New Jersey

IN RE:                                                          Case No.

**IMPERIAL OIL CO., INC.**                                     Chapter 11

                        Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **June Stevens**<br>**94 North Mitchell Place**<br>**Little Silver, NJ 07739** | **100%** | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## District of New Jersey

IN RE:                                                                 Case No.

**IMPERIAL OIL CO., INC.**                                             Chapter **11**

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $      **30,000.00**

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $      **30,000.00**

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $      **0.00**

2. The source of the compensation paid to me was:  ☐ Debtor  ☑ Other (specify): **From the Debtor's principals**

3. The source of compensation to be paid to me is:  ☐ Debtor  ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.  [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 17, 2007**                                        _____
Date                                                           Signature of Attorney

**HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP**
Name of Law Firm

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

**United States Bankruptcy Court**
**District of New Jersey**

IN RE:                                                                    Case No.

IMPERIAL OIL CO., INC.                                                    Chapter 11
                                        Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **April 17, 2007**                    Signature:

                                        **H. SCOTT STEVENS, President**                    Debtor


Date:                                        Signature:

                                                                          Joint Debtor, if any

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

VERIFICATION OF CREDITOR MATRIX

AIM USA
634 Alpha Drive
Pittsburgh, PA  15238


Air Compressors
Attn:  William P. Hatton, Jr.
PO Box 177
Dunellen, NJ  08812


Amerada Hess Corporation
PO Box 11508
Newark, NJ  07101-4508


Amerada Hess Corporation
C/O Carlet, Garison, Klein & Zaretsky
1135 Clifton Avenue, Suite 104
Clifton, NJ  07015-2666


American International Group
American International Co.
PO Box 382014
Pittsburgh, PA  15250-8014


American United Life Insurance
One American Square
PO Box 6123
Indianapolis, IN  46206-6123


Amerigas-Bordentown
PO Box 96055
Charlotte, NC  28296-0055


Aqua Survey, Inc.
469 Point Breeze Road
Flemington, NJ  08822

Astro Container Company
PO Box 641187
Cincinnati, OH  45264-1187


AT&T
PO Box 2969
Omaha, NE  68103-2969


Atlantic Bulk Carriers, Inc.
PO Box11165
Wilmington, DE  19850


Bergenfield Containers Inc.
Clarendon Plant
1495 Solutions Center
Chicago, IL  60677-1004


Brothers Trucking Co., Inc.
40 Willow Springs Circle
York, PA  17402


Brothers Trucking Co., Inc.
C/O Weinstock & O'Malley, P.A.
107 W Main St., PO Box 5419
Clinton, NJ  08809


Bulk Connection, Inc.
15 Allen Street
Mystic, CT  06355


Central Boiler Repair Co.
PO Box 256
Oakhurst, NJ  07755

Chevron Oronite LLC
22116 Network Place
Chicago, IL  60673-1221


Cole-Parmer Instrument Co.
13927 Collection Center Drive
Chicago, IL  60693


Computech
600 Union Avenue
Union Beach, NJ  07735


Connecticut General Life Ins.
PO Box 1623
Stamford, CT  06920-1623


Consolidated Plastics Co., Inc.
8181 Darrow Road
Twisnburg, OH  44087-2375


CPI International
Dept. 33418
PO Box 39000
San Francisco, CA  94139-3418


D 2 L Associates
PO Box 114
Allenhurst, NJ  07711


Defense Finance And Accounting Service
Attn: Mark Barta, Esq.
Office Of Counsel
Columbus, OH  43218-6250

```
Defense Support Center Richmond
Attn: E. Murray, Esq.-Assistant Counsel
8000 Jefferson Davis Hwy.
Richmond, VA  23297-5100


Dept. Of Environmental Protection
Attn:  Ronald T. Corcory
401 E State St., PO Box 413
Trenton, NJ  08625


Doctor's Office, The
1070 Highway 34
Matawwan, NJ  07747


Dwyer, Kinburn & Hall
16 Furler Street
PO Box 437
Totowa, NJ  07511-0437


E.G. Murphy III
800 E. Main Street
PO Box 1227
Lansdale, PA  19446-0719


Elite Answering Service
1411 Highway 35
Ocean, NJ  07712


Elmar Truck Service, Inc.
PO Box 4091
Middletown, NJ  07748


Emergency & Remedial Response Div.
NJ Remedial Branch-Imp Oil Site Proj Mng
290 Broadway, 19th Floor
New York, NY  10007-1866
```

Environment & Natural Resources Div.
Chief, Environ. Enforce. Section
PO Box 7611-Ben Franklin Station
Washington, DC  20044-7611


Environmental And Natural Resources Div.
Attn:  S. Bauer, Esq.-US Dept Of Justice
PO Box 7611-Ben Franklin Station
Washington, DC  20044


Equilon Enterprises, Inc.
Nations Bank
Lockbox #100314
College Park, GA   30349


Exxon Company USA
PO Box 101537
Atlanta, GA  30392-1537


Exxon Mobil Chemical
Synthetics
PO Box 75902
Charlotte, NC  28275


Exxon/GECC
PO Box 4559
Carol Stream, IL  60197-4559


EZ Pass
Transportation Service Center
PO Box 97252
Washington, DC  20090


Fisher & Phillips LLP
Attn:  Kathy Caminitti, Esq.
Corporate Pk III, 580 Howard Avenue
Somerset, NJ  08873

G.J. Chemical Co., Inc.
PO Box 55009
Newark, NJ  07101-1399


Gallapo, Agnes
530 Third Street
Union Beach, NJ  07735


George S. Coyne Chemical Co.
PO Box 7777-W8450
Philadelphia, PA  19175


Greif Bros. Corporaiton
PO Box 88879
Chicago, IL  60695-1879


Greif Bros. Corporaiton
C/O Miller Platt DeSimone & Galarce, PC
290 Westville Ave., PO Box 1108
West Caldwell, NJ  07007-1108


Hal Funding LLC
PO Box 820925
Philadelphia, PA  19182-0925


Hann Financial Services Corp.
One Centre Drive
Jamesberg, NJ  08831


Harris Hardward
126 Main Street
Matawan, NJ  07747

Hartford Steam Boiler
Inspection & Insurance Co.
21045 Network Place
Chicago, IL  60673-1210


Hatton Air Compressors, LLC
134 Pulaski Street
Dunellen, NJ  08812


Hazardous Site Litigation Section
Attn: Section Chief - Div. Of Law
PO Box 093
Trenton, NJ  08625


Holt, Mulroy & Germann
Public Affairs LLC
172 West State Street
Trenton, NJ  08608


Horizon Blue Cross/Blue Shield
Of New Jersey
PO Box 1738
Newark, NJ  07101-1738


Hudson United Bank
Leasing Division
PO Box 835
Mahwah, NJ  07430


Industrial Container Ltd.
2069 Rue Pigeon
Lassale, Que H8N 1A8
Canada,


Industrial Drum Co., Inc.
PO Box 586
Glassboro, NJ  08028

Industrial Safety Co.
1390 Neubrecht Road
Lima, OH  45801-3196


Infineum USA L.P.
PO Box 7247-8702
Philadelphia, PA  19170-8702


Internal Revenue SErvice
Cincinnati, OH  45999-0012


Internal Revenue SErvice
Holtsville, NY  00501-0005


J.A. Mincieli, Inc.
PO Box 159
West Longbranch, NJ  07764


J.H. Berge, Inc.
The Labmart
PO Box 310
So. Plainfield, NJ  07080


J.H. Cohn, LLP
27 Christopher Way
Eatontown, NJ  07724


J.R. Clark
PO Box 862
Red Bank, NJ  07751


Jersey Central Power & Light
PO Box 600
Allenhurst, NJ  07709-0600

```
Kinetic Supply-Chain Services
253 Route 70, Suite D
Morganville, NJ  07751


Kinetic Supply-Chain Services
C/O Ansell Zaro Grimm & Aaron
1500 Lawrence Ave.,CN7807
Ocean, NJ  07712


Kulick, Jr., George C.
C/O Imperial Oil Co., Inc.
PO Box 279-Orchard Place
Morganville, NJ  07751


Lancaster Container, Inc.
PO Box 18
27 Penn Street
Washington Boro., PA  17582


Lancaster Container, Inc.
C/O Middlebrooks Shapiro & Nachbar PC
140 Eagle Rock Ave.
Roseland, NJ  07068


Lawler Manufacturing Corp.
7 Kilmer Court
Edison, NJ  08817


Liberty Mutual Insurance Co.
PO Box 0569
Carol Stream, IL  60132-0569


Linden Bulk Transportation Co.
PO Box 2030
Linden, NJ  07036
```

Logistxs, Inc.
110 Grand Avenue
Hackettstown, NJ   07840


Logistxs, Inc.
C/O Fisher & Phillips LLP
580 Howard Ave.
Somerset, NJ   08873


Lowenstein Sandler PC
65 Livingston Ave.
Roseland, NJ   07068-1791


Lubrizol Corporation
PNC Bank
3013 Solutions Center
Chicago, IL   60677-3000


Mallinckridt Baker Inc.
PO Box 13828
Newark, NJ   07188-0828


Marlboro Township Municipal
Utlities Authority
PO Box 280
Wickatunk, NJ   07765


Marlboro, Township Of
1979 Township Drive
Marlboro, NJ   07746-2299


Matawan Medical Associates
213 Main Street
Matawan, NJ   07747

```
Midcontinental Chemical Company
PO Box 15143
Lenexa, KS  66285


Midcontinental Chemical Company
C/O McCarter & English
Four Gateway Center
Newark, NJ  07102


Milliman USA, Inc.
Attn:  Diane Loehr
1 Penn Plaza, 38th Floor
New York, NY  10119


Mobile Oil Corp. MOB CC
PO Box 15610
Wilmington, DE  19886-5610


NALCO
PO Box 640863
Pittsburgh, PA  15264-0863


National Packaging Services
PO Box 826149
Philadelphia, PA  19182-6149


National Packaging Services
C/O Ragan & Ragan PC
3100 Rte 138 W, Brinley Plz, Bldg. One
Wall, NJ  07719


Nelson Company
PO Box 64404
Baltimore, MD  21264-4404
```

```
NEMF
PO Box 6031
Elizabeth, NJ  07207-6031


New Jersey, State Of
Dept. Of Treasury/Div. Of Taxation
50 Barrack St., PO Box 269
Trenton, NJ  08695-0269


New Jersey, State Of
Div. Of Taxation-Corp Tax
PO Box 666
Trenton, NJ  08646-0666


New Jersey, State Of
Div. Of Revenue
PO Box 417
Trenton, NJ  08625-0417


New Jersey, State Of
Dept. Of Labor
PO Box 929
Trenton, NJ  08625-0256


New Jersey, State Of
Spill Comp Tax/Div Of Tax/Rev Proc Ctr
PO Box 265
Trenton, NJ  08646-0265


NJ Division Of Motor Vehicles
Revenue Processing Center
PO Box 009
Trenton, NJ  08646-0009
```

NJ Employment Security Agency
Dept. Of Labor
PO Box 256
Trenton, NJ  08625-0256


Off. Of Regional Counsel-NJ Superfund Br
Imp Oil/Champion Chem Site Atty.
290 Broadway, 17th Floor
New York, NY  10007-1866


Oil Transport
4419 Bainbridge Blvd.
Chesapeake, VA  23320


Omni Bulk Logistics
1500 Route 517 Suite 210
Hackettstown, NJ  07840


Overnight Labels Inc.
151-15 W. Industry Ct.
Deer Park, NY  11729


Paperborad Products
Div. International Container
21 Shafer Place
Hackensack, NJ  07601


Peckar Abramson Bastianelli & Kelley
Attn:  Ron Uscher, Esq.
1133 21st St., N.W., Suite 500
Washington, DC  20036


Peerless Insurance Company
PO Box 2051
Keene, NH  03431-7051

Peter P. Faccas & Sons
1 Stella Drive
Keansburg, NJ   07734


Peterpaul, Clark, Corcoran
One Cleveland Place
Springfield, NJ   07081


Phoenix Financial Services
Phoenix Container Inc.
PO Box 8500-7010
Philadelphia, PA   19178-7010


PMC Specialties Group
PO Box 95079
Chicago, IL   60694


Precision Analyitical Services
726 Bernice Court
Toms River, NJ   08753


QC Laboratories
1205 Industrial Blvd.
PO Box 514
Southampton, PA   18966


Quala Systems
PO Box 8500 S-5855
Philadelphia, PA   19178


Reliable
135S La Salle Street
Dept. 8001
Chicago, IL   60674-8001

Rieke Corporation
Department #218001
PO Box 67000
Detroit, MI  48267-2180


Rieke Corporation
C/O William A.L. Eckstein, P.C.
100 Belchase Drive, Suite 105
Matawan, NJ  07747


ROH Max USA
PO Box 8500-9145
Philadelphia, PA  19178-9145


Russell Stanley Corporation
PO Box 32014
Hartford, CT  06150-2014


Selective Insurance Co.
1395 Yardville-Hamilton Sq. Rd.
Hamilton, NJ  08619


Shaffer Products, Inc.
271 Lincoln Blvd.
Middlsex, NJ  08846


Shell Oil Company
PO Box277979
Atlanta, GA  30384-7979


Sigma Aldrich, Inc.
PO Box 952969
St. Louis, MO  63195-2968

SOS Gases, Inc.
PO Box 606
Kearny, NJ  07032


Sovereign Bank
PO Box 991
Jersey City, NJ  07303-0991


Stevens, Scott
C/O Imperial Oil Co., Inc.
PO Box 279-Orchard Place
Morganville, NJ  07751


Sunrise Oil & Chemical, Inc.
PO Box 888531
Atlanta, GA  30356-0531


Suttles Truck Leasing, Inc.
PO Box 640850
Cincinnati, OH  45264-0850


Tilden Of New Jersey
PO Box 996
Jersey City, NJ  07303-0996


Treen Box & Pallet Corp.
PO Box 368
1950 Street Road
Bensalem, PA  19020


Triangle Trading Co.
Bryn Mawr Trust, Member Bnking
801 Lancaster Ave.
Bryn Mawr, PA  19010

```
Triangle Trading Co.
C/O Daniel W. McCartney, Esq.
28 West Airy Street
Norristown, PA  19401


Tristate Container Corp.
1440 Bridgewater Road
Bensalem, PA  19020


U.S. Environmental Prot. Agency-Reg. III
Attn: Amelia M. Wagner, Esq.
290 Broadway
New York, NY  10007-1866


Ultra Additives, Inc.
PO Box 23827
Newark, NJ  07189-0827


Ultra-Pak, Inc.
49 Newbold Road
Fairless Hills, PA  19030


Union Central Life Ins. Co.
PO Box 691690
Cincinnati, OH  45269-1690


United Mineral & Chemical Corp.
Box 5348
FDR Station
New York, NY  10022


United Packagin Supply Co.
PO Box 850053723
Philadelphia, PA  19178-3723
```

United Parcel Service
PO Box 4980
Hagerstown, MD  21747-4980


United States Of America
US Environmental Protection Agency
PO Box 7611-Ben Franklin Station
Washington, DC  20044


USA Container Co., INc.
1776 South Second Street
Piscataway, NJ  08854


Verizon
PO Box 4833
Trenton, NJ  08650-4833


Watchung Spring Water Co., Inc.
PO Box 3019
Lakewood, NJ  08701-8119


Westfield Leasing Corp.
150 West First Avenue
Roselle, NJ  07203-1204