Official Form 6 - Summary (10/06)

## United States Bankruptcy Court
### District of New Jersey

IN RE:                                                                      Case No. 07-15294

IMPERIAL OIL CO., INC.                                                      Chapter 11

                                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 2 | $ 1,501,953.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 91,921.57 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 7,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | $ 6,555,099.34 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 28 | $ 1,501,953.00 | $ 6,654,020.91 | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE IMPERIAL OIL CO., INC.                                                                    Case No. **07-15294**

Debtor(s)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant , community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | 0.00 | 0.00 |
| | | TOTAL | 0.00 | |

(Report also on Summary of Schedules)

SCHEDULE A - REAL PROPERTY

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE IMPERIAL OIL CO., INC.

Debtor(s)

Case No. **07-15294**

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking, savings, etc. approximately** | | 2,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Approximately** | | 40,000.00 |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE B - PERSONAL PROPERTY

IN RE IMPERIAL OIL CO., INC.

Debtor(s)

Case No. **07-15294**

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | **Claim verus Defense Support Center in the approximate amount of $4,143,892 subject to pending settlement in the amount of $984,953.** | | 984,953.00 |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **IRS refunds - approximately** | | 200,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) in customer lists or similar compilations provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **2 forklifts** | | 5,000.00 |
| | | **lubricating oil and additives** | | 260,000.00 |
| | | **Miscellaneous office equipment and furniture** | | 10,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

TOTAL | 1,501,953.00

**0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

SCHEDULE B - PERSONAL PROPERTY

IN RE IMPERIAL OIL CO., INC.

Debtor(s)

Case No. **07-15294**

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

IN RE IMPERIAL OIL CO., INC.                                            Case No. **07-15294**

Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Peckar Abramson Bastianelli & Kelley<br>Attn:  Ron Uscher, Esq.<br>1133 21st St., N.W., Suite 500<br>Washington, DC  20036** | | | **Attorneys' lien on settlement proceeds with Defense Support Center**<br><br><br>VALUE $ **984,953.00** | | | | 91,921.57 | |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |

**0** continuation sheets attached

|  | Subtotal<br>(Total of this page) | $ 91,921.57 | $ |
|---|---|---|---|
|  | Total<br>(Use only on last page of the completed Schedule D. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 91,921.57 | $ |

IN RE IMPERIAL OIL CO., INC.                                          Case No. **07-15294**

                              Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

[ ] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

[ ] **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

[ ] **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

[ ] **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ] **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

[ ] **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

[ ] **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

[✓] **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

[ ] **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

[ ] **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**1** continuation sheets attached

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

Official Form 6E (10/06) - Cont.

IN RE IMPERIAL OIL CO., INC.

Debtor(s)

Case No. 07-15294

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Marlboro, Township Of<br>1979 Township Drive<br>Marlboro, NJ  07746-2299** | | | **tax lien on Block 122, Lot 29 - municipal taxes approximately** | | | | **7,000.00** | **7,000.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **7,000.00** | $ **7,000.00** | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **7,000.00** | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **7,000.00** | $ |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06)

IN RE IMPERIAL OIL CO., INC.                                                           Case No. 07-15294
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| AIM USA 634 Alpha Drive Pittsburgh, PA 15238 | | | | | | | unknown |
| ACCOUNT NO. | | | | | | | |
| Air Compressors Attn: William P. Hatton, Jr. PO Box 177 Dunellen, NJ 08812 | | | | | | | unknown |
| ACCOUNT NO. | | | | | | | |
| Amerada Hess Corporation PO Box 11508 Newark, NJ 07101-4508 | | | | | | | 26,737.64 |
| ACCOUNT NO. | | | | | | | |
| Amerada Hess Corporation C/O Carlet, Garison, Klein & Zaretsky 1135 Clifton Avenue, Suite 104 Clifton, NJ 07015-2666 | | | | | | | 0.00 |

**16** continuation sheets attached

Subtotal (Total of this page) $  **26,737.64**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/05) - Cont.

IN RE IMPERIAL OIL CO., INC.

Debtor(s)

Case No. **07-15294**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**American International Group**<br>**American International Co.**<br>**PO Box 382014**<br>**Pittsburgh, PA  15250-8014** | | | | | | | unknown |
| ACCOUNT NO.<br>**American United Life Insurance**<br>**One American Square**<br>**PO Box 6123**<br>**Indianapolis, IN  46206-6123** | | | | | | | unknown |
| ACCOUNT NO.<br>**Amerigas-Bordentown**<br>**PO Box 96055**<br>**Charlotte, NC  28296-0055** | | | | | | | unknown |
| ACCOUNT NO.<br>**Aqua Survey, Inc.**<br>**469 Point Breeze Road**<br>**Flemington, NJ  08822** | | | | | | | unknown |
| ACCOUNT NO.<br>**Astro Container Company**<br>**PO Box 641187**<br>**Cincinnati, OH  45264-1187** | | | | | | | unknown |
| ACCOUNT NO.<br>**AT&T**<br>**PO Box 2969**<br>**Omaha, NE  68103-2969** | | | | | | | unknown |
| ACCOUNT NO.<br>**Bank Of America**<br>**PO Box 25118**<br>**Tampa, FL  07751-0279** | X | | Line of credit | | | | 94,079.96 |

Sheet no. **1** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | $ 94,079.96 |
| Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.

IN RE **IMPERIAL OIL CO., INC.**

Debtor(s)

Case No. **07-15294**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Bergenfield Containers Inc.**<br>**Clarendon Plant**<br>**1495 Solutions Center**<br>**Chicago, IL  60677-1004** | | | | | | | unknown |
| ACCOUNT NO.<br>**Bulk Connection, Inc.**<br>**15 Allen Street**<br>**Mystic, CT  06355** | | | | | | | 1,368.35 |
| ACCOUNT NO.<br>**Chevron Oronite LLC**<br>**22116 Network Place**<br>**Chicago, IL  60673-1221** | | | | | | | unknown |
| ACCOUNT NO.<br>**Cole-Parmer Instrument Co.**<br>**13927 Collection Center Drive**<br>**Chicago, IL  60693** | | | | | | | unknown |
| ACCOUNT NO.<br>**Computech**<br>**600 Union Avenue**<br>**Union Beach, NJ  07735** | | | | | | | unknown |
| ACCOUNT NO.<br>**Connecticut General Life Ins.**<br>**PO Box 1623**<br>**Stamford, CT  06920-1623** | | | | | | | unknown |
| ACCOUNT NO.<br>**Consolidated Plastics Co., Inc.**<br>**8181 Darrow Road**<br>**Twinsburg, OH  44087-2375** | | | | | | | unknown |

Sheet no.    **2** of    **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    **1,368.35**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/05) - Cont.

IN RE IMPERIAL OIL CO., INC.                                          Case No. **07-15294**

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CPI International**<br>**Dept. 33418**<br>**PO Box 39000**<br>**San Francisco, CA  94139-3418** | | | | | | | **unknown** |
| ACCOUNT NO.<br>**D 2 L Associates**<br>**PO Box 114**<br>**Allenhurst, NJ  07711** | | | | | | | **unknown** |
| ACCOUNT NO.<br>**Doctor's Office, The**<br>**1070 Highway 34**<br>**Matawwan, NJ  07747** | | | | | | | **unknown** |
| ACCOUNT NO.<br>**Dwyer, Kinburn & Hall**<br>**16 Furler Street**<br>**PO Box 437**<br>**Totowa, NJ  07511-0437** | | | | | | | **unknown** |
| ACCOUNT NO.<br>**E.G. Murphy III**<br>**800 E. Main Street**<br>**PO Box 1227**<br>**Lansdale, PA  19446-0719** | | | | | | | **unknown** |
| ACCOUNT NO.<br>**Elite Answering Service**<br>**1411 Highway 35**<br>**Ocean, NJ  07712** | | | | | | | **unknown** |
| ACCOUNT NO.<br>**Equilon Enterprises, Inc.**<br>**Nations Bank**<br>**Lockbox #100314**<br>**College Park, GA  30349** | | | | | | | **unknown** |

Sheet no. **3** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (9/97) - Cont.

**IN RE IMPERIAL OIL CO., INC.**

Debtor(s)

Case No. **07-15294**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Exxon Company USA**<br>**PO Box 101537**<br>**Atlanta, GA  30392-1537** | | | Approximately | | | | 35,000.00 |
| ACCOUNT NO.<br>**Exxon Mobil Chemical**<br>**Synthetics**<br>**PO Box 75902**<br>**Charlotte, NC  28275** | | | | | | | unknown |
| ACCOUNT NO.<br>**Exxon Mobil Lockbox 101537**<br>**Wachovia South Metro Center**<br>**3585 Atlantic Avenue**<br>**Hapeville, GA** | | | | | | | unknown |
| ACCOUNT NO.<br>**Exxon/GECC**<br>**PO Box 4559**<br>**Carol Stream, IL  60197-4559** | | | | | | | unknown |
| ACCOUNT NO.<br>**EZ Pass**<br>**Transportation Service Center**<br>**PO Box 97252**<br>**Washington, DC  20090** | | | | | | | unknown |
| ACCOUNT NO.<br>**Fisher & Phillips LLP**<br>**Attn:  Kathy Caminitti, Esq.**<br>**Corporate Pk III, 580 Howard Avenue**<br>**Somerset, NJ  08873** | | | Approximately | | | | 70,000.00 |
| ACCOUNT NO.<br>**G.J. Chemical Co., Inc.**<br>**PO Box 55009**<br>**Newark, NJ  07101-1399** | | | | | | | unknown |

Sheet no. **4** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **105,000.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/06 - Cont.)

IN RE IMPERIAL OIL CO., INC.

Debtor(s)

Case No. 07-15294

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Gallapo, Agnes** <br> **530 Third Street** <br> **Union Beach, NJ  07735** | | | | | | | **unknown** |
| ACCOUNT NO. <br><br> **George S. Coyne Chemical Co.** <br> **PO Box 7777-W8450** <br> **Philadelphia, PA  19175** | | | | | | | **unknown** |
| ACCOUNT NO. <br><br> **Greif Bros. Corporaiton** <br> **PO Box 88879** <br> **Chicago, IL  60695-1879** | | | | | | | **13,986.47** |
| ACCOUNT NO. <br><br> **Greif Bros. Corporaiton** <br> **C/O Miller Platt DeSimone & Galarce, PC** <br> **290 Westville Ave., PO Box 1108** <br> **West Caldwell, NJ  07007-1108** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Hal Funding LLC** <br> **PO Box 820925** <br> **Philadelphia, PA  19182-0925** | | | | | | | **unknown** |
| ACCOUNT NO. <br><br> **Hann Financial Services Corp.** <br> **One Centre Drive** <br> **Jamesberg, NJ  08831** | | | | | | | **unknown** |
| ACCOUNT NO. <br><br> **Hartford Steam Boiler** <br> **Inspection & Insurance Co.** <br> **21045 Network Place** <br> **Chicago, IL  60673-1210** | | | | | | | **unknown** |

Sheet no.  **5** of  **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **13,986.47**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE IMPERIAL OIL CO., INC.

Debtor(s)

Case No. **07-15294**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Holt, Mulroy & Germann <br> Public Affairs LLC <br> 172 West State Street <br> Trenton, NJ  08608 | | | | | | | 9,412.95 |
| ACCOUNT NO. <br><br> Horizon Blue Cross/Blue Shield <br> Of New Jersey <br> PO Box 1738 <br> Newark, NJ  07101-1738 | | | | | | | unknown |
| ACCOUNT NO. <br><br> Hudson United Bank <br> Leasing Division <br> PO Box 835 <br> Mahwah, NJ  07430 | | | | | | | unknown |
| ACCOUNT NO. <br><br> Industrial Container Ltd. <br> 2069 Rue Pigeon <br> Lassale, Que H8N 1A8 <br> Canada, | | | | | | | 48,396.25 |
| ACCOUNT NO. <br><br> Industrial Drum Co., Inc. <br> PO Box 586 <br> Glassboro, NJ  08028 | | | | | | | unknown |
| ACCOUNT NO. <br><br> Industrial Safety Co. <br> 1390 Neubrecht Road <br> Lima, OH  45801-3196 | | | | | | | unknown |
| ACCOUNT NO. <br><br> Infineum USA L.P. <br> PO Box 7247-8702 <br> Philadelphia, PA  19170-8702 | | | | | | | 45,023.00 |

Sheet no.    **6** of    **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **102,832.20**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (10/06) - Cont.

IN RE IMPERIAL OIL CO., INC.                                                Case No. 07-15294
_____
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **J.H. Berge, Inc.** <br> **The Labmart** <br> **PO Box 310** <br> **So. Plainfield, NJ  07080** | | | | | | | **unknown** |
| ACCOUNT NO. <br> **J.H. Cohn, LLP** <br> **27 Christopher Way** <br> **Eatontown, NJ  07724** | | | | | | | **54,075.00** |
| ACCOUNT NO. <br> **Jersey Central Power & Light** <br> **PO Box 600** <br> **Allenhurst, NJ  07709-0600** | | | | | | | **unknown** |
| ACCOUNT NO. <br> **Kinetic Supply-Chain Services** <br> **C/O Ansell Zaro Grimm & Aaron** <br> **1500 Lawrence Ave.,CN7807** <br> **Ocean, NJ  07712** | | | | | | | **55,890.63** |
| ACCOUNT NO. <br> **Kulick, Jr., George C.** <br> **C/O Imperial Oil Co., Inc.** <br> **PO Box 279-Orchard Place** <br> **Morganville, NJ  07751** | | | | | | | **245,000.00** |
| ACCOUNT NO. <br> **Lancaster Container, Inc.** <br> **PO Box 18** <br> **27 Penn Street** <br> **Washington Boro., PA  17582** | | | | | | | **76,018.73** |
| ACCOUNT NO. <br> **Lancaster Container, Inc.** <br> **C/O Goldstein Isaacson PC** <br> **100 Morris Avenue, 3rd Floor** <br> **Springfield, NJ  07081** | | | | | | | **0.00** |

Sheet no. __7__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ | 430,984.36

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE IMPERIAL OIL CO., INC.

Debtor(s)

Case No. **07-15294**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Liberty Mutual Insurance Co.<br>PO Box 0569<br>Carol Stream, IL  60132-0569 | | | | | | | unknown |
| ACCOUNT NO.<br>Linden Bulk Transportation Co.<br>PO Box 2030<br>Linden, NJ  07036 | | | | | | | unknown |
| ACCOUNT NO.<br>Logistxs, Inc.<br>110 Grand Avenue<br>Hackettstown, NJ  07840 | | | | | | | 54,624.00 |
| ACCOUNT NO.<br>Logistxs, Inc.<br>C/O Kathleen G. Johnson, Esq.<br>170 Washington Avenue<br>Dumont, NJ  07628 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Lowenstein Sandler PC<br>65 Livingston Ave.<br>Roseland, NJ  07068-1791 | | | | | | | unknown |
| ACCOUNT NO.<br>Lubrizol Corporation<br>PNC Bank<br>3013 Solutions Center<br>Chicago, IL  60677-3000 | | | | | | | 819,903.58 |
| ACCOUNT NO.<br>Mallinckridt Baker Inc.<br>PO Box 13828<br>Newark, NJ  07188-0828 | | | | | | | unknown |

Sheet no. **8** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 874,527.58

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Official Form 6F (9/97) - Cont.

IN RE IMPERIAL OIL CO., INC.

Debtor(s)

Case No. 07-15294

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Marlboro Township Municipal Utlities Authority** <br> **PO Box 280** <br> **Wickatunk, NJ  07765** | | | | | | | unknown |
| ACCOUNT NO. <br> **Matawan Medical Associates** <br> **213 Main Street** <br> **Matawan, NJ  07747** | | | | | | | unknown |
| ACCOUNT NO. <br> **Midcontinental Chemical Company** <br> **PO Box 15143** <br> **Lenexa, KS  66285** | | | | | | | 130,816.01 |
| ACCOUNT NO. <br> **Midcontinental Chemical Company** <br> **C/O McCarter & English** <br> **Four Gateway Center** <br> **Newark, NJ  07102** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Milliman USA, Inc.** <br> **Attn:  Diane Loehr** <br> **1 Penn Plaza, 38th Floor** <br> **New York, NY  10119** | | | | | | | 9,550.00 |
| ACCOUNT NO. <br> **Mobile Oil Corp. MOB CC** <br> **PO Box 15610** <br> **Wilmington, DE  19886-5610** | | | | | | | unknown |
| ACCOUNT NO. <br> **NALCO** <br> **PO Box 640863** <br> **Pittsburgh, PA  15264-0863** | | | | | | | unknown |

Sheet no. **9** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 140,366.01

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE IMPERIAL OIL CO., INC.

Debtor(s)

Case No. **07-15294**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**National Packaging Services**<br>**PO Box 826149**<br>**Philadelphia, PA  19182-6149** | | | | | | | 8,295.04 |
| ACCOUNT NO.<br>**National Packaging Services**<br>**C/O Ragan & Ragan PC**<br>**3100 Rte 138 W, Brinley Plz, Bldg. One**<br>**Wall, NJ  07719** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Nelson Company**<br>**PO Box 64404**<br>**Baltimore, MD  21264-4404** | | | | | | | unknown |
| ACCOUNT NO.<br>**NEMF**<br>**PO Box 6031**<br>**Elizabeth, NJ  07207-6031** | | | | | | | 2,051.50 |
| ACCOUNT NO.<br>**NJ Division Of Motor Vehicles**<br>**Revenue Processing Center**<br>**PO Box 009**<br>**Trenton, NJ  08646-0009** | | | | | | | unknown |
| ACCOUNT NO.<br>**Oil Transport**<br>**4419 Bainbridge Blvd.**<br>**Chesapeake, VA  23320** | | | | | | | 3,579.70 |
| ACCOUNT NO.<br>**Omni Bulk Logistics**<br>**1500 Route 517 Suite 210**<br>**Hackettstown, NJ  07840** | | | | | | | unknown |

Sheet no.  **10** of  **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  13,926.24

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

Official Form 6F (10/06) - Cont.

IN RE IMPERIAL OIL CO., INC.

Debtor(s)

Case No. **07-15294**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Overnight Labels Inc. <br>151-15 W. Industry Ct. <br>Deer Park, NY  11729 | | | | | | | unknown |
| ACCOUNT NO. <br><br>Paperborad Products <br>Div. International Container <br>21 Shafer Place <br>Hackensack, NJ  07601 | | | | | | | unknown |
| ACCOUNT NO. <br><br>Peerless Insurance Company <br>PO Box 2051 <br>Keene, NH  03431-7051 | | | | | | | unknown |
| ACCOUNT NO. <br><br>Peter P. Faccas & Sons <br>1 Stella Drive <br>Keansburg, NJ  07734 | | | | | | | unknown |
| ACCOUNT NO. <br><br>Peterpaul, Clark, Corcoran <br>One Cleveland Place <br>Springfield, NJ  07081 | | | | | | | 4,750.00 |
| ACCOUNT NO. <br><br>Phoenix Financial Services <br>Phoenix Container Inc. <br>PO Box 8500-7010 <br>Philadelphia, PA  19178-7010 | | | | | | | unknown |
| ACCOUNT NO. <br><br>PMC Specialties Group <br>PO Box 95079 <br>Chicago, IL  60694 | | | | | | | 3,098.73 |

Sheet no. **11** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | 7,848.73

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (9/00) - Cont.

IN RE IMPERIAL OIL CO., INC.

Debtor(s)

Case No. 07-15294

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Precision Analyitical Services**<br>**726 Bernice Court**<br>**Toms River, NJ  08753** | | | | | | | **unknown** |
| ACCOUNT NO. <br><br>**QC Laboratories**<br>**1205 Industrial Blvd.**<br>**PO Box 514**<br>**Southampton, PA  18966** | | | | | | | **unknown** |
| ACCOUNT NO. <br><br>**Quala Systems**<br>**PO Box 8500 S-5855**<br>**Philadelphia, PA  19178** | | | | | | | **unknown** |
| ACCOUNT NO. <br><br>**Reliable**<br>**135S La Salle Street**<br>**Dept. 8001**<br>**Chicago, IL  60674-8001** | | | | | | | **unknown** |
| ACCOUNT NO. <br><br>**Rieke Corporation**<br>**Department #218001**<br>**PO Box 67000**<br>**Detroit, MI  48267-2180** | | | **Approximately** | | | | **10,000.00** |
| ACCOUNT NO. <br><br>**Rieke Corporation**<br>**C/O William A.L. Eckstein, P.C.**<br>**100 Belchase Drive, Suite 105**<br>**Matawan, NJ  07747** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**ROH Max USA**<br>**PO Box 8500-9145**<br>**Philadelphia, PA  19178-9145** | | | | | | | **3,560.75** |

Sheet no. __12__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 13,560.75

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

Official Form 6F (10/06) - Cont.

IN RE IMPERIAL OIL CO., INC.                                      Case No. 07-15294
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Russell Stanley Corporation**<br>PO Box 32014<br>Hartford, CT  06150-2014 | | | | | | | 89,370.30 |
| ACCOUNT NO.<br>**Selective Insurance Co.**<br>1395 Yardville-Hamilton Sq. Rd.<br>Hamilton, NJ  08619 | | | | | | | unknown |
| ACCOUNT NO.<br>**Shaffer Products, Inc.**<br>271 Lincoln Blvd.<br>Middlsex, NJ  08846 | | | | | | | unknown |
| ACCOUNT NO.<br>**Sigma Aldrich, Inc.**<br>PO Box 952969<br>St. Louis, MO  63195-2968 | | | | | | | unknown |
| ACCOUNT NO.<br>**SOS Gases, Inc.**<br>PO Box 606<br>Kearny, NJ  07032 | | | | | | | unknown |
| ACCOUNT NO.<br>**Sovereign Bank**<br>PO Box 991<br>Jersey City, NJ  07303-0991 | | | | | | | unknown |
| ACCOUNT NO.<br>**Stevens, Scott**<br>C/O Imperial Oil Co., Inc.<br>PO Box 279-Orchard Place<br>Morganville, NJ  07751 | | | | | | | 230,000.00 |

Sheet no.  **13** of  **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  319,370.30

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE IMPERIAL OIL CO., INC.

Debtor(s)

Case No. **07-15294**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Sunrise Oil & Chemical, Inc. <br> PO Box 888531 <br> Atlanta, GA  30356-0531 | | | | | | | 116,397.00 |
| ACCOUNT NO. <br> Suttles Truck Leasing, Inc. <br> PO Box 640850 <br> Cincinnati, OH  45264-0850 | | | | | | | unknown |
| ACCOUNT NO. <br> Tilden Of New Jersey <br> PO Box 996 <br> Jersey City, NJ  07303-0996 | | | | | | | unknown |
| ACCOUNT NO. <br> Treen Box & Pallet Corp. <br> PO Box 368 <br> 1950 Street Road <br> Bensalem, PA  19020 | | | | | | | 20,152.40 |
| ACCOUNT NO. <br> Triangle Trading Co. <br> Bryn Mawr Trust, Member Bnking <br> 801 Lancaster Ave. <br> Bryn Mawr, PA  19010 | | | | | | | 53,805.64 |
| ACCOUNT NO. <br> Triangle Trading Co. <br> C/O Daniel W. McCartney, Esq. <br> 28 West Airy Street <br> Norristown, PA  19401 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Tristate Container Corp. <br> 1440 Bridgewater Road <br> Bensalem, PA  19020 | | | | | | | unknown |

Sheet no. **14** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **190,355.04**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (9/97) - Cont.

**IN RE IMPERIAL OIL CO., INC.**

Debtor(s)

Case No. **07-15294**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Ultra Additives, Inc. PO Box 23827 Newark, NJ 07189-0827 | | | | | | | 7,051.01 |
| ACCOUNT NO. | | | | | | | |
| Ultra-Pak, Inc. 49 Newbold Road Fairless Hills, PA 19030 | | | | | | | unknown |
| ACCOUNT NO. | | | | | | | |
| Union Central Life Ins. Co. PO Box 691690 Cincinnati, OH 45269-1690 | | | | | | | unknown |
| ACCOUNT NO. | | | | | | | |
| United Mineral & Chemical Corp. Box 5348 FDR Station New York, NY 10022 | | | | | | | unknown |
| ACCOUNT NO. | | | | | | | |
| United Packaging Supply Co. PO Box 850053723 Philadelphia, PA 19178-3723 | | | | | | | unknown |
| ACCOUNT NO. | | | | | | | |
| United Parcel Service PO Box 4980 Hagerstown, MD 21747-4980 | | | | | | | unknown |
| ACCOUNT NO. | | | | | | | |
| United States Of America US Environmental Protection Agency PO Box 7611-Ben Franklin Station Washington, DC 20044 | | | | | | | 4,143,982.00 |

Sheet no. **15** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,151,033.01**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6F (10/05) - Cont.  Case 07-15294-RTL    Doc 14    Filed 04/27/07    Entered 04/27/07 15:48:11    Desc Main
Document      Page 25 of 35    Case No. 07-15294

IN RE IMPERIAL OIL CO., INC.
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>USA Container Co., Inc.<br>1776 South Second Street<br>Piscataway, NJ 08854 | | | | | | | 69,122.70 |
| ACCOUNT NO. <br><br>Verizon<br>PO Box 4833<br>Trenton, NJ 08650-4833 | | | | | | | unknown |
| ACCOUNT NO. <br><br>Watchung Spring Water Co., Inc.<br>PO Box 3019<br>Lakewood, NJ 08701-8119 | | | | | | | unknown |
| ACCOUNT NO. <br><br>Westfield Leasing Corp.<br>150 West First Avenue<br>Roselle, NJ 07203-1204 | | | | | | | unknown |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |

Sheet no. **16** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | $ 69,122.70 |
| Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 6,555,099.34 |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE IMPERIAL OIL CO., INC.

Debtor(s)

Case No. **07-15294**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Hann Financial Services Corp.**<br>**One Centre Drive**<br>**Jamesberg, NJ  08831** | **Motor vehicle leases** |
| **Champion Chemical Company**<br>**PO Box 279**<br>**Morganville, NJ  07751** | **Real property lease for Debtor's premises** |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

IN RE IMPERIAL OIL CO., INC.

Debtor(s)

Case No. **07-15294**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Stevens, June** | **Bank Of America<br>PO Box 25118<br>Tampa, FL  07751-0279** |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE H - CODEBTORS

IN RE IMPERIAL OIL CO., INC.                                                          Case No. **07-15294**

                                    Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 2*), and that they are true and correct to the best of my knowledge, information, and belief.

Date:                          Signature:

                                                                                              Debtor

Date:                          Signature:

                                                                                         (Joint Debtor, if any)
                                                          [If joint case, both spouses must sign.]

---

#### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

Address

Signature of Bankruptcy Petition Preparer                                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

#### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **IMPERIAL OIL CO., INC.** (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **29** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **April 26, 2007**    Signature: *H. Scott Stevens*

                  **H. SCOTT STEVENS**
                                                        (Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.**

DECLARATION CONCERNING DEBTOR'S SCHEDULES

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**

**District of New Jersey**

IN RE:                                                                                    Case No. **07-15294**

**IMPERIAL OIL CO., INC.**                                                                Chapter **11**

Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None

☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT   SOURCE

**6,716,903.00  2005 - gross sales**

**1,800,000.00  2006 - gross sales (Approximately)**

**2. Income other than from employment or operation of business**

None

☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None

☑   a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☐ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| N/A | | 0.00 | 0.00 |

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Amerada Hess Corporation v. Debtor** Docket No. SSX-L-132-07 | **Collection suit** | **Superior Court of New Jersey, Law Division, Sussex County** | pending |
| **Kinetic Supply-Chain Services, L.L.C. v. Debtor and George Kulick, Jr.** Docket No. MON-L-3456-06 | **Collection suit** | **Superior Court of New Jersey, Law Division, Monmouth County** | Pending |
| **Rieke Corporation v. Debtor** Docket No. MID-L-004446-06 | **Collection suit** | **Superior Courft of New Jersey, Law Division, Middlesex County** | Pending |
| **Triangle Trading Company v. Debtor** Docket No. 06-07478 | **Collection suit** | **Court of Common Pleas of Montgomery County, Pennsylvania** | Pending |
| **National Packaging Service, Inc. v. Debtor** Docket No. DC-000887-07 | **Collection suit** | **Superior Court of New Jersey, Law Division, Special Civil Part, Monmouth County** | Pending |
| **Logistxs, Inc. v. Debtor** Docket No. L-455-06 | **Collection suit** | **Superior Court of New Jersey, Law Division, Morris County** | Pending |
| **Lancaster Container, Inc. v. Debtor** Docket No. MON-L-1691-06 | **Collection suit** | **Superior Court of New Jersey, Law Division, Monmouth County** | **Judgment entered November 28, 2006** |
| **Greif Bros. Corporation v. Debtor** Docket No. DC-015144-06 | **Collection Suit** | **Superior Court of New Jersey, Law Division, Special Civil Part, Monmouth County** | Pending |
| **Brothers Trucking Co., Inc. v. Debtor** Docket No. DC-008926-06 | **Collection suit** | **Superior Court of New Jersey, Law Division, Special Civil Part, Monmouth County** | Pending |
| **MidContinental Chemical Company v. Debtor** Docket No. MON-L-4093-06 | **Collection suit** | **Superior Court of New Jersey, Law Division, Monmouth County** | **Default Judgment entered December 29, 2006** |
| **United States of America v. Debtor, et al.** Civil Action No. 96-1521 | **Environmental proceeding** | **United States District Court, District of New Jersey** | Pending |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Rieke Corporation Department #218001 PO Box 67000 Detroit, MI 48267-2180** | **In or about December, 2006** | **$17,638.20** |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

in or about April, 2007                                        $1,100.00

Rieke Corporation
Department #218001
PO Box 67000
Detroit, MI  48267-2180

Teamsters Welfare Fd Of No NJ- Local 866         November, 2006         $35,000.00
And Teamsters Local 469 Welfare Fund
3400 Hwy #35, Suite 8
Hazlet, NJ  07730

### 5. Repossessions, foreclosures and returns

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to
☑     the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must
      include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
      joint petition is not filed.)

### 6. Assignments and receiverships

None  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.
☑     (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed,
      unless the spouses are separated and joint petition is not filed.)

None  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the
☑     commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
      spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual
  gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100
      per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not
      a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the**
  **commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not
      a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt
☐     consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement
      of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Hellring Lindeman Goldstein & Siegal LLP | As stated in 2016(b) Affidavit | For filing Ch 11 Petition and representing DIP during course of Ch 11 case. |

### 10. Other transfers

None  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either
☑     absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or
      chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
      petition is not filed.)

None  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar
☑     device of which the debtor is a beneficiary.

### 11. Closed financial accounts

None  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise
  transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts,
      certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations,
      brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
      accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
      petition is not filed.)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**12. Safe deposit boxes**

None ☐ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESS OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Bank Of America Aberdeen, NJ** | **H. Scott Stevens** | **Miscellaneous papers of no value** | |

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☐ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **Orchard Place, Marlbor, NJ** | **U.S. Environmental Prot. Agency-Reg. III Attn: Amelia M. Wagner, Esq. 290 Broadway New York, NY 10007-1866** | | |

**Designated as a Superfund Site, the subject of which is under two actions in the United States District Court, District of New Jersey, United States of America v. Champion Chemical Co., Imperial Oil Company, Inc. and Emil Stevens, Civ. Act. No. 96-1521 (AET) and New Jersey Department of Envrional Protection v. Champion Chemical Co., Imperial Oil Company, Inc. and Emil Stevens, Civ. Act. No. 99-5238 (HAA) and the subject of a Consent Decree captioned in both of these actions entered bythe Hon. Anne E. Thompson on February 26, 2001.**

None ☐ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| | **See 17 a.** | | |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☐ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor
is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| **See 17 a.** | | |

### 18. Nature, location and name of business

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Linda Gress** | **1998-2006** |
| **204 Archertown Road** | |
| **New Egypt, NJ  08533** | |

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **J.H. Cohn, LLP** | **Prepared tax returns in the ordinary course.** |
| **27 Christopher Way** | |
| **Eatontown, NJ  07724** | |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME AND ADDRESS |
|---|
| **All Books And Records Are In Debtor's Possession** |

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **SBA** | **At various times during 2006** |
| **Miscellaneous Governmental Agencies** | **At various times during the past two years** |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### 20. Inventories

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market, or other basis) |
|---|---|---|
| **April, 2007** | **H. Scott Stevens** | **Approximately $260,000** |

None ☐ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **December, 2006** | **H. Scott Stevens** |
| **Approximately $360,000.** | |

### 21. Current Partners, Officers, Directors and Shareholders

None ☐ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **N/A** | | **0.000000** |

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **H. Scott Stevens** | **President** | **0** |
| **George C. Kulick, Jr.** | **Secretary/Treasurer** | **0** |
| **Richard Robinson** | **Vice President** | **0** |

### 22. Former partners, officers, directors and shareholders

None ☐ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE OF WITHDRAWAL |
|---|---|
| **N/A** | |

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

### 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

### 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

### 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **April 26 , 2007**   Signature:

**H. SCOTT STEVENS, President**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS