# UNITED STATES BANKRUPTCY COURT
District of New Jersey

In re:  
**IMPERIAL OIL CO., INC.**

Case no.: 07-15294 KCF  
Chapter: 11  
Judge: Kathryn C. Ferguson

Debtor(s)

## AMENDMENT TO SCHEDULE D, E or F or LIST OF CREDITORS

Please specify the List or Schedule(s) to be amended:

- ☐ Schedule D - Creditors holding secured claims
- ☐ Schedule E - Creditors holding unsecured priority claims
- ☒ Schedule F - Creditors holding unsecured claims
- ☒ List of Creditors (Matrix)

The schedule or list indicated above, having been previously filed, is amended as follows  
(List creditors being added or deleted and indicate same; please use separate sheet if necessary)

**SEE ANNEXED LIST**

I hereby certify under penalty that the above information is correct

Dated: 4/27/07     Debtor's signature: _____  
                                       H. SCOTT STEVENS, President

Dated: _____     Debtor's signature: _____

Submit original and $26.00 fee.

If new creditors are being added as the result of this amendment, you must attach a matrix containing only those creditors being added.

Rev 1/3/04

**SCHEDULE "F"**

CREDITORS ADDED:

Bank of America
PO Box 25118
Tampa, FL 07751-0279


CREDITORS DELETED:

Atlantic Bulk Carriers, Inc.
PO Box11165
Wilmington, DE  19850

Brothers Trucking Co., Inc.
40 Willow Springs Circle
York, PA  17402


Brothers Trucking Co., Inc.
C/O Weinstock & O'Malley, P.A.
107 W Main St., PO Box 5419
Clinton, NJ  08809

Central Boiler Repair Co.
PO Box 256
Oakhurst, NJ  07755

Elmar Truck Service, Inc.
PO Box 4091
Middletown, NJ  07748

Harris Hardward
126 Main Street
Matawan, NJ  07747

Hatton Air Comprressors, LLC
134 Pulaski Street
Dunellen, NJ  08812

J.A. Mincieli, Inc.
PO Box 159
West Longbranch, NJ  07764

J.R. Clark
PO Box 862
Red Bank, NJ  07751

```
Kinetic Supply-Chain Services
253 Route 70, Suite D
Morganville, NJ 07751

Lawler Manufacturing Corp.
7 Kilmer Court
Edison, NJ  08817

Shell Oil Company
PO Box277979
Atlanta, GA  30384-7979
```

CREDITOR ADDRESSES CHANGED:

**FROM:**                                              **To:**

Lancaster Container, Inc.                              Lancaster Container, Inc.
c/o Middlebrookers Shapiro                             c/o Goldstein Isaacson, PC
& Nachbar PC                                           100 Morris Avenue, 3rd Floor
140 Eagle Rock Ave.                                    Springfield, NJ 07081
Roseland, NJ 07068


Logistxs, Inc.                                         Logistxs, Inc.
c/o Fisher & Phillips LLP                              Kathleen G. Johnson, Esq.
580 Howard Avenue                                      170 Washington Avenue
Somerset, NJ 08873                                     Dumont, NJ 07628


**SEE AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

United States Bankruptcy Court
District of New Jersey

IN RE:                                                                     Case No. **07-15294**

**IMPERIAL OIL CO., INC.**                                                 Chapter **11**

Debtor(s)

## AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| United States Of America<br>US Environmental Protection Agency<br>PO Box 7611-Ben Franklin Station<br>Washington, DC  20044 | | | | 4,143,982.00 |
| Lubrizol Corporation<br>PNC Bank<br>3013 Solutions Center<br>Chicago, IL  60677-3000 | | | | 819,903.58 |
| Midcontinental Chemical Company<br>PO Box 15143<br>Lenexa, KS  66285 | | | | 130,816.01 |
| Sunrise Oil & Chemical, Inc.<br>PO Box 888531<br>Atlanta, GA  30356-0531 | | | | 116,397.00 |
| Bank Of America<br>PO Box 25118<br>Tampa, FL  07751-0279 | | | | 94,079.96 |
| Russell Stanley Corporation<br>PO Box 32014<br>Hartford, CT  06150-2014 | | | | 89,370.30 |
| Lancaster Container, Inc.<br>PO Box 18<br>27 Penn Street<br>Washington Boro., PA  17582 | | | | 76,018.73 |
| Fisher & Phillips LLP<br>Attn:  Kathy Caminitti, Esq.<br>Corporate Pk III, 580 Howard Avenue<br>Somerset, NJ  08873 | | | | 70,000.00 |
| USA Container Co., INc.<br>1776 South Second Street<br>Piscataway, NJ  08854 | | | | 69,122.70 |
| Kinetic Supply-Chain Services<br>C/O Ansell Zaro Grimm & Aaron<br>1500 Lawrence Ave.,CN7807<br>Ocean, NJ  07712 | | | | 55,890.63 |
| Logistxs, Inc.<br>110 Grand Avenue<br>Hackettstown, NJ  07840 | | | | 54,624.00 |
| J.H. Cohn, LLP<br>27 Christopher Way<br>Eatontown, NJ  07724 | | | | 54,075.00 |

AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| | |
|---|---:|
| Triangle Trading Co.<br>Bryn Mawr Trust, Member Bnking<br>801 Lancaster Ave.<br>Bryn Mawr, PA 19010 | 53,805.64 |
| Industrial Container Ltd.<br>2069 Rue Pigeon<br>Lassale, Que H8N 1A8<br>Canada, | 48,396.25 |
| Infineum USA L.P.<br>PO Box 7247-8702<br>Philadelphia, PA 19170-8702 | 45,023.00 |
| Exxon Company USA<br>PO Box 101537<br>Atlanta, GA 30392-1537 | 35,000.00 |
| Amerada Hess Corporation<br>PO Box 11508<br>Newark, NJ 07101-4508 | 26,737.64 |
| Treen Box & Pallet Corp.<br>PO Box 368<br>1950 Street Road<br>Bensalem, PA 19020 | 20,152.40 |
| Greif Bros. Corporalton<br>PO Box 66879<br>Chicago, IL 60695-1879 | 13,986.47 |
| Rieke Corporation<br>Department #218001<br>PO Box 67000<br>Detroit, MI 48267-2180 | 10,000.00 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation][or a member or an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: April 27, 2007    Signature: _[signed]_

H. SCOTT STEVENS, President

(Print Name and Title)

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS