50 West State Street
P.O. Box 1298
Trenton, NJ 08607-1298
(609) 392-2100, Fax (609) 392-7956
TAX ID# 22-3268505



Thomas J. Orr, Trustee
321 High Street
Burlington, NJ   08016

Invoice   58155
March 25, 2010

Matter Number: 51185-00074 - AD

Re: Imperial Oil Co., Inc.

For Services Rendered Through  March 23, 2010

| | |
|---|---:|
| Current Fees | 28,913.50 |
| Current Disbursements | 805.04 |
| **Total Current Invoice** | **29,718.54** |
| Balance Forward | 0.00 |
| **Total Due** | **29,718.54** |

**Sterns & Weinroth, P.C.**

Thomas J. Orr, Trustee  
Re: Imperial Oil Co., Inc.  
I.D. 51185-00074 - AD

March 25, 2010  
Invoice   58155  
Page   2

| | | **Fees** | | |
|---|---|---|---|---|
| **Date** | **Atty** | **Description** | **Hours** | **Amount** |
| 07/18/07 | AD | Reviewing background materials. Telephone call with RPZoller re superfund suit, etc. Telephone call with T. Orr re strategy to get started. | 1.20 | 360.00 |
| 07/19/07 | AD | Conferring with T. Orr re commentary from environmental counsel, etc. | 0.20 | 60.00 |
| 07/20/07 | RPZ | E-mail exchange with A. Dobin re conference call with T. Orr re pending litigations, etc. | 0.20 | 66.00 |
| 07/26/07 | AD | Reviewing letter from environmental counsel re pending actions. | 0.60 | 180.00 |
| 07/26/07 | AD | Telephone call with T. Orr and RPZoller re environmental litigation. | 0.60 | 180.00 |
| 07/26/07 | RPZ | Commence review of background letter from Imperial Oil's environmental counsel re background to issues with the United States. | 0.50 | 165.00 |
| 07/26/07 | RPZ | Participating in telephone conference call with T. Orr, Bankruptcy Trustee, re representation on pending matters, etc. | 0.40 | 132.00 |
| 07/27/07 | AD | Telephone call from trustee re judge's intent to dismiss adversary. | 0.10 | 30.00 |
| 07/27/07 | AD | Drafting retention application and electronic filing and service of same. | 0.70 | 210.00 |
| 07/27/07 | AD | E-mail to trustee re identity of counsel handling DOD claim. | 0.10 | 30.00 |
| 07/27/07 | AD | Conferring with trustee re call from USA. Letter to P. Staiano re request for turnover of research. | 0.10 | 30.00 |
| 07/30/07 | AD | Conferring with Judge Lyons chambers re adversary to be dismissed. | 0.20 | 60.00 |
| 08/01/07 | AD | Telephone call from S. Bauer re EPA action. | 0.40 | 120.00 |
| 08/01/07 | RPZ | Participating in telephone conference call with U.S. Attorneys' Office and A. Dobin re various issues pertaining to litigation matters, etc. | 0.60 | 198.00 |
| 08/02/07 | RPZ | Commence review of extensive materials pertaining to analysis of Trustee's claims with respect to motion to enforce settlement and related issues, etc. | 1.50 | 495.00 |
| 08/03/07 | AD | E-mail exchange with counsel to EPA re 341 meeting attendance. | 0.20 | 60.00 |
| 08/03/07 | RPZ | Continuing to evaluate and assess Trustee's position with respect to pending claims of the United States. | 0.20 | 66.00 |
| 08/03/07 | RPZ | Email exchange with attorney Bauer re scheduling issues before Judge Thompson and Magistrate Judge Hughes. | 0.20 | 66.00 |
| 08/03/07 | RPZ | Follow up telephone call to attorney S. Bauer re same. | 0.20 | 66.00 |
| 08/06/07 | AD | Telephone call with Tom Orr re call from DEP. | 0.30 | 90.00 |
| 08/07/07 | AD | Conferring with trustee re: DEP demand. | 0.20 | 60.00 |
| 08/07/07 | AD | Telephone call with S. Bauer, trustee, CETorkelson et al re | 0.40 | 120.00 |

**Sterns & Weinroth, P.C.**

| | |
|---|---|
| Thomas J. Orr, Trustee | March 25, 2010 |
| Re: Imperial Oil Co., Inc. | Invoice  58155 |
| I.D. 51185-00074 - AD | Page 3 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | arsenic filter issue permitting by DEP, Trustee's role. | | |
| 08/07/07 | AD | Telephone call with trustee and CETorkelson re strategy. | 0.30 | 90.00 |
| 08/07/07 | AD | Conferring with JLCordes re: DEP issue as to arsenic filter. | 0.30 | 90.00 |
| 08/07/07 | AD | Telephone call to M. Byrne and telephone call to J. Mahir and telephone to trustee. | 0.40 | 120.00 |
| 08/07/07 | JLC | Conferring with ADobin re background info re arsenic filter. | 0.20 | 40.00 |
| 08/07/07 | JLC | Conference call with ADobin and M. Byrne. | 0.20 | 40.00 |
| 08/07/07 | JLC | Conference call with ADobin and J. Maher. | 0.30 | 60.00 |
| 08/07/07 | JLC | Conference call with ADobin and T. Orr. | 0.30 | 60.00 |
| 08/07/07 | JLC | Drafting correspondence to J. Maher confirming conversation. | 0.60 | 120.00 |
| 08/07/07 | CET | Conference call with client and EPA, etc., regarding arsenic pump. | 0.40 | 100.00 |
| 08/07/07 | CET | Office conference with ADobin regarding status and environmental issues. | 0.30 | 75.00 |
| 08/07/07 | RPZ | Telephone call from and to Provorny, counsel to Imperial's owners, re status of pending motions and positions before court, etc. | 0.30 | 99.00 |
| 08/07/07 | RPZ | Multiple emails and telephone calls with attorney Bauer and Provorney re scheduling issues before Judge Thompson. | 0.40 | 132.00 |
| 08/07/07 | RPZ | Conference with ADobin re Trustee's position on motion. | 0.30 | 99.00 |
| 08/08/07 | JLC | Revising correspondence to J. Maher. | 0.30 | 60.00 |
| 08/08/07 | JLC | Conferring with ADobin re status of remediation at property and revisions to letter. | 0.10 | 20.00 |
| 08/08/07 | AD | Reviewing letter to NJDEP re arsenic filter responsibility. | 0.10 | 30.00 |
| 08/08/07 | AD | Telephone call with trustee re outcome of 341 meeting. | 0.10 | 30.00 |
| 08/08/07 | RPZ | Reviewing and responding to multiple emails re scheduling issues and site inspection at Imperial facility. | 0.40 | 132.00 |
| 08/08/07 | RPZ | Participating in telephone conference call with attorneys Bauer and Provorney re scheduling issues before Judge Thompson, etc. | 0.40 | 132.00 |
| 08/09/07 | AD | Telephone call from trustee re further environmental issues. | 0.10 | 30.00 |
| 08/10/07 | AD | Conferring with RPZoller re environmental litigation status. | 0.20 | 60.00 |
| 08/10/07 | RPZ | E-mail exchange with U.S. attorney, S. Bauer re Trustee's position on motion to enforce settlement and scheduling issues pertaining to same. | 0.30 | 99.00 |
| 08/10/07 | RPZ | Conference with ADobin re preliminary opinions with respect to Trustee's legal issues and pending motions, etc. | 0.40 | 132.00 |
| 08/10/07 | RPZ | Reviewing letter to Judge Thompson re briefing and scheduling issues on motion to enforce settlement, etc. | 0.20 | 66.00 |
| 08/15/07 | RPZ | Continuing analysis of legal issues pertaining to Trustee's position with respect to motion to enforce settlement. | 0.30 | 99.00 |
| 08/15/07 | RPZ | Email exchange with ADobin re Trustee's legal position to motion | 0.20 | 66.00 |

**Sterns & Weinroth, P.C.**

| | |
|---|---|
| Thomas J. Orr, Trustee | March 25, 2010 |
| Re: Imperial Oil Co., Inc. | Invoice  58155 |
| I.D. 51185-00074 - AD | Page 4 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | to enforce. | | |
| 08/17/07 | JLC | E-mails from/to R. Lehr re letter to DEP. Forwarding same to ADobin. Conferring with ADobin re same. E-mail from ADobin re conference call with EPA. | 0.50 | 100.00 |
| 08/17/07 | AD | Telephone call with trustee and EPA/DEP (various times). | 0.70 | 210.00 |
| 08/17/07 | REJ | E-mail ADobin re property access issue, conference ADobin re same. | 0.50 | 187.50 |
| 08/20/07 | JLC | Conferring with RJayne re status in preparation for conference call. Conference call with ADobin, RJayne, T. Orr and EPA. | 0.80 | 160.00 |
| 08/20/07 | REJ | E-mail ADobin re conference call EPA, counsel for Tenant, conference JLCordes re background. | 1.00 | 375.00 |
| 08/20/07 | REJ | Conference call T. Orr, EPA/DOJ and ADobin re logistics re site access. | 0.30 | 112.50 |
| 08/20/07 | AD | Telephone call with EPA, JLCordes and REJayne and trustee re access issues. | 0.40 | 120.00 |
| 08/21/07 | JLC | Conferring with ADobin re status. | 0.10 | 20.00 |
| 08/21/07 | AD | Conferring with JLCordes re recommendation. | 0.10 | 30.00 |
| 08/21/07 | AD | Conferring with RPZoller re strategy to conclude case. | 0.20 | 60.00 |
| 08/21/07 | AD | Telephone call with   and trustee re recommendation. | 0.40 | 120.00 |
| 08/21/07 | REJ | Conference call with EPA, T. Orr re access to property, abandoning property and site security. | 0.20 | 75.00 |
| 08/21/07 | RPZ | Continuing analysis of Trustee's position with respect to pending motion to enforce settlement and related matters. | 0.50 | 165.00 |
| 08/21/07 | RPZ | Participating in lengthy telephone conference call with A. Dobin and T. Orr re litigation/settlement position, etc. | 0.60 | 198.00 |
| 09/04/07 | AD | E-mail exchange with with EPA re scheduling. | 0.20 | 60.00 |
| 09/04/07 | RPZ | Reviewing correspondence re scheduling issues in the debt collection action and the   meet and confer obligations under Federal Rules of   Procedure. | 0.40 | 132.00 |
| 09/04/07 | RPZ | Participating in telephone conference call with U.S. attorney S. Bauer and G. Provorny, Esq. | 0.40 | 132.00 |
| 09/04/07 | RPZ | Lengthy telephone calls from and to S. Bauer re settlement possibilities in the United States' enforcement action, etc. | 0.50 | 165.00 |
| 09/05/07 | AD | Telephone call from S. Bauer re access issues. | 0.10 | 30.00 |
| 09/05/07 | AD | Conferring with RPZoller re US EPA discussions. | 0.20 | 60.00 |
| 09/05/07 | RPZ | Conference with ADobin re settlement options with the United States. | 0.20 | 66.00 |
| 09/05/07 | RPZ | Telephone calls from and to U.S. attorney S. Bauer to discuss settlement possibilities, etc. | 0.30 | 99.00 |
| 09/06/07 | AD | Conferring with trustee re security at sale. | 0.20 | 60.00 |
| 09/07/07 | AD | E-mail exchange with B. Baner re meeting. | 0.10 | 30.00 |

**Sterns & Weinroth, P.C.**

| | |
|---|---|
| Thomas J. Orr, Trustee | March 25, 2010 |
| Re: Imperial Oil Co., Inc. | Invoice   58155 |
| I.D. 51185-00074 - AD | Page 5 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/07/07 | RPZ | Reviewing letter from attorney Proverney to Judge Thompson re individual officer's positions on opposing U.S. 's motion to inforce settlement. | 0.20 | 66.00 |
| 09/07/07 | RPZ | Telephone calls from and to U.S. attorney Bauer, C. Proverney re opposition to motion to enforce settlement and issues ertaining to potential settlement of Trustee's claims, etc. | 0.50 | 165.00 |
| 09/10/07 | AD | Conferring with RPZoller re status of district court litigation. | 0.20 | 60.00 |
| 09/10/07 | RPZ | Telephone call to U.S. attorney S. Bauer, Judge Thompson's chambers and C. Provorney re adjournment of the United States motion to enforce settlement, etc. | 0.50 | 165.00 |
| 09/10/07 | RPZ | Telephone conference with ADobin and T. Orr, Trustee, re settlement issues and negotiations. wiith United States. | 0.50 | 165.00 |
| 09/10/07 | RPZ | Letter to Judge Thompson confirming adjournment of motion to enforce settlement and new deadlines for submission of opposition to same. | 0.40 | 132.00 |
| 09/10/07 | RPZ | Telephone conference with T. Orr re scheduling issues pertaining to pending motions   and possible settlement with United States. | 0.20 | 66.00 |
| 09/10/07 | RPZ | Telephone call from C. Provorney re revised schedule for opposition to the United States motion to compel settlement and the individual principals possible filing of a motion to intervene. | 0.20 | 66.00 |
| 09/10/07 | RPZ | Telephone call from T. Orr, Trustee, re update on settlement negotiations with United States to resolve motion to enforce settlement, etc. | 0.30 | 99.00 |
| 09/14/07 | RPZ | Telephone conference with U.S. attorney S. Bauer re efforts to resolve the United States motion to enforce settlement and further discussions re the Trustee's settlement position with the United States. | 0.40 | 132.00 |
| 09/14/07 | RPZ | Telephone call from attorney Proverney re whether Trusee will oppose motion to enforce settlement before Judge Thompson. | 0.10 | 33.00 |
| 09/18/07 | AD | E-mail exchange with USDOJ re meeting. | 0.10 | 30.00 |
| 09/18/07 | AD | Telephone call with R. Zoller re conversations with EPA on settlement. | 0.30 | 90.00 |
| 09/18/07 | RPZ | Telephone calls from and to U.S. attorney S. Bauer re negotiations of possible settlement with the United States. | 0.40 | 132.00 |
| 09/18/07 | RPZ | Conference with ADobin re settlement issues and memorandum to file re non-monetary terms of any proposed settlement, etc. | 0.30 | 99.00 |
| 09/19/07 | AD | E-mail exchange with EPA counsel re conference call. | 0.10 | 30.00 |
| 09/19/07 | AD | Telephone call with EPA and trustee re barrels. | 0.30 | 90.00 |
| 09/19/07 | AD | Telephone call with trustee re strategy. | 0.10 | 30.00 |
| 09/19/07 | AD | E-mail exchange with with trustee re offer from EPA. | 0.10 | 30.00 |
| 09/19/07 | RPZ | Telephone call from U.S. attorney S. Bauer re initial settlement offer from the United States to settle motion to enforce settlement. | 0.20 | 66.00 |

**Sterns & Weinroth, P.C.**

| | |
|---|---|
| Thomas J. Orr, Trustee | March 25, 2010 |
| Re: Imperial Oil Co., Inc. | Invoice  58155 |
| I.D. 51185-00074 - AD | Page 6 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/19/07 | RPZ | Conference with ADobin and email exchange with T. Orr re U.S. offer of settlement. | 0.20 | 66.00 |
| 09/20/07 | AD | E-mail exchange with with trustee re offer and E-mail exchange with RPZoller re same. | 0.20 | 60.00 |
| 09/20/07 | AD | Telephone call with trustee re status and settlement authority. | 0.10 | 30.00 |
| 09/20/07 | RPZ | Telephone calls and email exchange with U.S. attorney S. Bauer re settlement negotiations between the United States and the Trustee. | 0.30 | 99.00 |
| 09/20/07 | RPZ | Email to T. Orr re update on settlement negotiations. | 0.20 | 66.00 |
| 09/20/07 | RPZ | Telephone calls from and to G. Proverney, Esq. re Trustee's position with respect to motion to enforce settlement, etc. | 0.20 | 66.00 |
| 09/20/07 | RPZ | Follow up telephone call from U.S. attorney S. Bauer re United States settlement position and email to T. Orr to discuss same. | 0.30 | 99.00 |
| 09/21/07 | AD | Telephone call with RPZoller and trustee re settlement. | 0.40 | 120.00 |
| 09/21/07 | RPZ | Telephone call from U.S. attorney S. Bauer  re settlement negotiations. between the Trusee and Unied States. | 0.20 | 66.00 |
| 09/21/07 | RPZ | Conference with ADobin re United States increase settlement offer in connection with motion to enforce judgment, etc. | 0.20 | 66.00 |
| 09/21/07 | RPZ | Telephone conference with T. Orr and ADobin re negotiation with the United States. | 0.20 | 66.00 |
| 09/21/07 | RPZ | Telephone call from G. Provorney   re Trustee's position with respect to motion to enforce and information   re status of settlement negotiations with the United States. | 0.20 | 66.00 |
| 09/21/07 | RPZ | Telephone call to Judge Thomson's chambers to advise of likely settlement issues between the United States and Trustee and timeframe to confirm same. | 0.20 | 66.00 |
| 09/24/07 | RPZ | Letter to Judge Thomson advising of tentative settlement with the United States and submission of order addressing same, | 0.30 | 99.00 |
| 09/25/07 | AD | Reviewing letter to Judge Thompson. | 0.10 | 30.00 |
| 09/25/07 | RPZ | Reviewing letter from G. Proverney, counsel to the principals of Imperial , re objection to the Trustee's proposed settlement with the United States. | 0.20 | 66.00 |
| 09/25/07 | RPZ | Conferring with ADobin and reviewing email re process for creditors to object to settlement. | 0.20 | 66.00 |
| 10/04/07 | RPZ | Reviewing and responding to correspondence from U.S. attorney Bauer re discovery plan and settlement possibilities in federal litigation. | 0.30 | 99.00 |
| 10/05/07 | AD | E-mail exchange with RPZoller and trustee re settlement status. | 0.10 | 30.00 |
| 10/05/07 | RPZ | Email exchange with U.S. attorney S. Bauer re consent order and stipulation on settlement on set off motion before Judge Thompson. | 0.20 | 66.00 |
| 10/05/07 | RPZ | Telephone call and email response to U.S. Attorney Bauer re joint | 0.40 | 132.00 |

**Sterns & Weinroth, P.C.**

Thomas J. Orr, Trustee  
Re: Imperial Oil Co., Inc.  
I.D. 51185-00074 - AD

March 25, 2010  
Invoice   58155  
Page 7

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | discovery plan on enforcement action and follow up email to ADobin re status update. | | |
| 10/10/07 | AD | Telephone call from A. Nazar re Mid-Continental review of notice of abandonment. | 0.20 | 60.00 |
| 10/11/07 | AD | E-mail exchange with EPA re conference call re abandonment. Conferring with trustee re strategy. Telephone call with trustee and EPA re taking title to materials. | 0.60 | 180.00 |
| 10/11/07 | RPZ | Email exchange and follow up telephone call with U.S. attorney S. Bauer re proposed stipulation for settlement of enforcement motion, etc. | 0.40 | 132.00 |
| 10/11/07 | RPZ | Receipt and commence review of proposed stipulation and order to settle enforcement motion, etc. | 0.40 | 132.00 |
| 10/16/07 | AD | Telephone call with EPA counsel and trustee re issues on abandonment. | 0.30 | 90.00 |
| 10/16/07 | AD | Drafting limited objection to proposed abandonment and electronic filing and service of same. E-mail to EPA counsel. | 0.80 | 240.00 |
| 10/19/07 | AD | Drafting status report. | 0.20 | 60.00 |
| 10/25/07 | AD | Telephone call with S. Baver, EPA and Trustee re: abandonment issues. | 0.40 | 120.00 |
| 10/25/07 | AD | Telephone call with S. Baver re: procedure to object. | 0.30 | 90.00 |
| 10/26/07 | AD | Telephone call with EPA and Trustee re EPA position on abandonment. | 0.60 | 180.00 |
| 10/29/07 | RPZ | Reviewing, revising and editing of form of stipulation on settlement of enforcement action. Email exchange with attorney Bauer re comments on stipulation. | 0.80 | 264.00 |
| 10/29/07 | RPZ | Reviewing and revising proposed order and stipulation to be submitted to Bankruptcy Court in connection with settlement of enforcement action and follow up conference with ADobin re issues to be addressed in bankruptcy stipulation. | 0.60 | 198.00 |
| 11/04/07 | AD | Reviewing stipulation with EPA. | 0.50 | 150.00 |
| 11/05/07 | AD | Reviewing EPA opposition to abandonment. | 0.40 | 120.00 |
| 11/05/07 | AD | Traveling to and from court and appearing before Judge Lyons re abandonment. | 0.80 | 240.00 |
| 11/05/07 | AD | Conferring with EPA re structure of settlement. | 0.30 | 90.00 |
| 11/05/07 | AD | Make final revisions to stipulations. | 0.30 | 90.00 |
| 11/06/07 | AD | Reviewing, revising and finalizing stipulation and e-mail to S. Bauer with comments. | 0.80 | 240.00 |
| 11/06/07 | RPZ | Reviewing revisions proposed to the government's stipulations resolving motion to enforce, etc. | 0.30 | 99.00 |
| 11/08/07 | AD | Telephone call with S. Bauer, T. Orr re settlement. | 0.40 | 120.00 |
| 11/08/07 | AD | Drafting revised paragraph 18 for stipulation. | 0.30 | 90.00 |

**Sterns & Weinroth, P.C.**

| | |
|---|---|
| Thomas J. Orr, Trustee | March 25, 2010 |
| Re: Imperial Oil Co., Inc. | Invoice 58155 |
| I.D. 51185-00074 - AD | Page 8 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/09/07 | RPZ | Reviewing and responding to emails with attorney S. Bauer re stipulation to be submitted to court. | 0.20 | 66.00 |
| 11/14/07 | AD | Telephone call with T. Orr and Telephone call with S. Bauer re final deal. | 0.30 | 90.00 |
| 11/14/07 | AD | Telephone call to S. Iannacone re carve-out. | 0.60 | 180.00 |
| 11/14/07 | AD | E-mail to S. Bauer re IRS response. | 0.20 | 60.00 |
| 11/15/07 | AD | Conferring with RPZoller re status of settlement. | 0.10 | 30.00 |
| 11/15/07 | RPZ | Conference with ADobin re revisions and agreement on proposed stipulations to be submitted to Federal District Court and Bankruptcy Court, and impact on IRS claim on same. | 0.20 | 66.00 |
| 11/19/07 | AD | E-mail from S. Bauer and e-mail to S. Ianacone re status. | 0.20 | 60.00 |
| 11/20/07 | AD | E-mail from S. Iannacone re assignment of case to W. Gardner and Telephone call to W. Gardner. E-mail exchange with S. Bauer, counsel to EPA re IRS position and problems with administration. | 0.50 | 150.00 |
| 11/20/07 | AD | Reviewing submission by EPA to district court. | 0.20 | 60.00 |
| 11/28/07 | AD | Reviewing Marlboro Township notice re debt. Letter to Marlboro MUA re bankruptcy pending - no payment. | 0.40 | 120.00 |
| 11/28/07 | AD | Reviewing letter to Judge Thompson. Telephone call to W. Gardner re deal to be made. E-mail from S. Bauer re IRS to withdraw claim. | 0.40 | 120.00 |
| 11/30/07 | AD | Telephone call with T. Orr and S. Bauer re settlement with IRs. | 0.40 | 120.00 |
| 12/03/07 | AD | Letter to R. Uscher re challenge to secured claim. | 0.40 | 120.00 |
| 12/04/07 | AD | Telephone call from Uscher re response to letter. | 0.10 | 30.00 |
| 12/05/07 | AD | E-mail exchange with S. Bauer re law firm secured claim. | 0.20 | 60.00 |
| 12/05/07 | AD | Conferring with C. Becker re assignment of claims act and letter to R. Usher. | 0.40 | 120.00 |
| 12/05/07 | AD | E-mail exchange with R. Uscher and S. Bauer re secured position. | 0.30 | 90.00 |
| 12/05/07 | CDB | Reaching Assignment of Claims Act of 1940 re the ability to assign a government claim. | 1.10 | 192.50 |
| 12/07/07 | AD | E-mail from S. Bauer re application of Assignment of Claims Act to situation and e-mail to C. Becker re same. | 0.20 | 60.00 |
| 12/07/07 | CDB | Reaching Assignment of Claims Act of 1940 re the ability of a non financial institution to assign a government claim. | 0.30 | 52.50 |
| 12/08/07 | CDB | Reaching Assignment of Claims act of 1940 re the ability of a non financial institution to assign a government claim. | 0.40 | 70.00 |
| 12/10/07 | AD | Telephone from R. Uscher and e-mail to trustee re same re law firm secured claim. | 0.10 | 30.00 |
| 12/11/07 | AD | E-mail exchange with S. Bauer re assignment of claims act - law firm secured claim. | 0.20 | 60.00 |
| 12/12/07 | AD | Reviewing letter from EPA re intention to break locks. | 0.10 | 30.00 |

**Sterns & Weinroth, P.C.**

| | |
|---|---|
| Thomas J. Orr, Trustee | March 25, 2010 |
| Re: Imperial Oil Co., Inc. | Invoice   58155 |
| I.D. 51185-00074 - AD | Page 9 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/12/07 | AD | E-mail exchange with interested parties re trustee's involvement with the property at this stage. | 0.20 | 60.00 |
| 12/12/07 | AD | Reviewing information from Uscher and conferring with C. Becker re same. | 0.40 | 120.00 |
| 12/12/07 | CDB | Reviewing correspondence and documents from R. Uscher concerning the assigned claim to the Imperial Oil proceeds. Research concerning procedural requirements for an assigned claims | 2.10 | 367.50 |
| 12/14/07 | AD | E-mail to trustee re proposed solution to attorney's lien problem. | 0.30 | 90.00 |
| 12/17/07 | AD | Telephone call with Trustee re resolving attorney's lien on EPA monies. | 0.20 | 60.00 |
| 12/18/07 | AD | E-mail to S. Brauer re Trustee's position on attorney's lien. | 0.50 | 150.00 |
| 01/02/08 | AD | E-mail from EPA re expectation that settlement will be approved internally and e-mail to trustee re giving authority to set off in possible violation of law firm's rights. | 0.30 | 93.00 |
| 01/02/08 | AD | Drafting motion to approve settlement and expunge secured claim. | 0.70 | 217.00 |
| 01/03/08 | AD | Drafting motion to approve settlement. | 0.80 | 248.00 |
| 01/09/08 | AD | E-mail from R. Uscher re status. | 0.10 | 31.00 |
| 01/09/08 | AD | E-mail T. Orr following up on EPA request. | 0.10 | 31.00 |
| 01/18/08 | AD | Telephone call from F. Vecchione re retainer remaining at firm. | 0.10 | 31.00 |
| 01/18/08 | AD | Telephone call with F. Vecchione re retainer to be returned and Telephone call with T. Orr re same. | 0.20 | 62.00 |
| 01/20/08 | AD | E-mail exchange with S. Bauer re status of settlement. | 0.10 | 31.00 |
| 01/24/08 | AD | Telephone call with trustee re moving forward with settlement. | 0.20 | 62.00 |
| 01/24/08 | AD | E-mail to S. Bauer, counsel to EPA re moving forward with settlement and proposed motion for approval. | 0.20 | 62.00 |
| 01/25/08 | AD | E-mail from S. Bauer. | 0.20 | 62.00 |
| 01/25/08 | AD | Reviewing and revising Certification. | 0.30 | 93.00 |
| 01/25/08 | AD | Reviewing amended schedule "B" and e-mail to trustee re same. | 0.20 | 62.00 |
| 01/27/08 | AD | Drafting form of order and certificate of service re motion for approval of settlement (mining e-mails for additional services addresses). | 0.60 | 186.00 |
| 01/28/08 | AD | E-mail exchange with S. Bauer re certification for motion. | 0.20 | 62.00 |
| 01/28/08 | AD | E-mail exchange with S. Bauer re procedure for approval and abandonment of property. | 0.20 | 62.00 |
| 01/28/08 | AD | Drafting 9019 Notice and electronic filing and service of same. | 0.60 | 186.00 |
| 01/28/08 | AD | Electronic filing and service of motion to approve settlement and amended notice of motion. | 0.50 | 155.00 |
| 02/05/08 | AD | Letter T. Orr re money from Gibbons. | 0.20 | 62.00 |
| 02/06/08 | AD | Reviewing proposed abandonment and e-mail suggested new language. | 0.20 | 62.00 |

**Sterns & Weinroth, P.C.**

| | |
|---|---|
| Thomas J. Orr, Trustee | March 25, 2010 |
| Re: Imperial Oil Co., Inc. | Invoice 58155 |
| I.D. 51185-00074 - AD | Page 10 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/06/08 | AD | Reviewing letter from K. Caminiti re contact from Liberty Mutual and e-mail to RPZoller re same. | 0.20 | 62.00 |
| 02/19/08 | AD | E-mail exchange with R. Uscher re adjournment request for hearing on approval of settlement. | 0.20 | 62.00 |
| 02/19/08 | AD | Reviewing objections from Principals and Uscher. | 0.40 | 124.00 |
| 02/19/08 | AD | E-mail exchange with S. Bauer re conference call re objections filed. | 0.20 | 62.00 |
| 02/19/08 | AD | Conferring with trustee re status of objections, etc. | 0.20 | 62.00 |
| 02/20/08 | AD | Reviewing principal's objection to proposed settlement and Peckar and Abramson's objection. | 0.60 | 186.00 |
| 02/20/08 | AD | Legal research re right of set off/mutuality of debt for government entities. | 0.30 | 93.00 |
| 02/20/08 | AD | Drafting response to owners' objection. | 1.40 | 434.00 |
| 02/20/08 | AD | Telephone call with S. Bauer and T. Orr re responding to objections. | 0.80 | 248.00 |
| 02/20/08 | AD | E-mail to R. Uscher re consent to adjournment. | 0.20 | 62.00 |
| 02/20/08 | AD | Legal research re Federal Debt Collection Act and post-petition status of corporate Chapter 7 debtor. | 0.50 | 155.00 |
| 02/20/08 | AD | Telephone call from M. Harrison re clients various claims. | 0.10 | 31.00 |
| 02/20/08 | RPZ | Reviewing emails and follow up with ADobin re status of motion to accept settlement, etc. | 0.20 | 68.00 |
| 02/21/08 | AD | E-mail exchange with S. Bauer re process to approve settlement between EPA and Peckar firm. | 0.30 | 93.00 |
| 02/26/08 | JLC | E-mail from ADobin re status/notice of abandonment. | 0.10 | 21.00 |
| 02/26/08 | AD | Reviewing objection to abandonment from NJDEP and e-mail S. Bauer re same. | 0.30 | 93.00 |
| 02/27/08 | JLC | E-mail to/from ADobin re status. | 0.10 | 21.00 |
| 02/28/08 | JLC | Conferring with ADobin re status. | 0.10 | 21.00 |
| 02/29/08 | AD | E-mail exchange with S. Bauer re papering settlement with Peckar & Abramson. | 0.20 | 62.00 |
| 03/03/08 | AD | Reviewing NJDEP objection (refiled) to abandonment and e-mail S. Bauer re EPA's intervention. | 0.20 | 62.00 |
| 03/06/08 | AD | Reviewing stipulation between EPA and Peckar & Abramson. | 0.20 | 62.00 |
| 03/12/08 | AD | E-mail exchange with S. Bauer re form of stipulation to be filed with the court. | 0.20 | 62.00 |
| 03/12/08 | AD | Electronic filing and service of stipulation between EPA and Peckar and Abramson. | 0.30 | 93.00 |
| 03/17/08 | AD | Reviewing and revising certification in response to objection by owners. | 0.50 | 155.00 |
| 03/19/08 | AD | E-mail to S. Bauer re proposed response to objection. | 0.10 | 31.00 |
| 03/20/08 | AD | E-mail exchange with S. Bauer and trustee re filing response to | 0.10 | 31.00 |

**Sterns & Weinroth, P.C.**

| | | | | |
|---|---|---|---|---|
| Thomas J. Orr, Trustee | | | | March 25, 2010 |
| Re: Imperial Oil Co., Inc. | | | | Invoice   58155 |
| I.D. 51185-00074 - AD | | | | Page 11 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | objection to settlement motion. | | |
| 03/20/08 | AD | Finalizing response and electronic filing and service of same and letter to G. Jacobson re service of response. | 0.60 | 186.00 |
| 03/31/08 | AD | Preparing for hearing. | 0.70 | 217.00 |
| 03/31/08 | AD | Traveling to and from court. | 0.80 | 248.00 |
| 03/31/08 | AD | Appearing before Judge Lyons re motion to approve settlement. | 1.30 | 403.00 |
| 03/31/08 | AD | Conferring with S. Bauer following court re issues going forward. | 0.40 | 124.00 |
| 03/31/08 | AD | Conferring with RPZoller re strategy. | 0.40 | 124.00 |
| 03/31/08 | RPZ | Conference with ADobin re bankruptcy court's denial of motion to approve settlement and analyzing the Trustee's position going forward, etc. | 3.00 | 1,020.00 |
| 04/01/08 | AD | Conferring with trustee re going forward strategy. | 0.30 | 93.00 |
| 04/02/08 | AD | Telephone from S. Bauer re response to subpoena and going forward. | 0.20 | 62.00 |
| 04/02/08 | AD | Letter to P. Staiano re request for waiver of attorney client privilege. | 0.30 | 93.00 |
| 04/02/08 | AD | Email to Trustee re access to documents being requested by USEPA. | 0.20 | 62.00 |
| 04/02/08 | AD | Letter from C. Provorny re objection to waiver of privilege. | 0.10 | 31.00 |
| 04/03/08 | AD | Conferring with trustee re motion to abandon. | 0.20 | 62.00 |
| 04/03/08 | AD | Drafting motion to authorize abandonment. | 1.10 | 341.00 |
| 04/04/08 | AD | Reviewing and revising   motion for approval of abandonment and related pleadings, including application for order shortening time and limiting notice. | 1.60 | 496.00 |
| 04/06/08 | AD | Finalize motion to abandon and application for order shortening time and limiting notice and electronic filing and service of same and e-mail to Judge Lyons re filing of application and need for emergent ruling. | 0.70 | 217.00 |
| 04/07/08 | AD | Telephone call from court re scheduling motion. | 0.10 | 31.00 |
| 04/07/08 | AD | Reviewing order shortening time. | 0.10 | 31.00 |
| 04/07/08 | AD | Arranging service of emergent motion for abandonment. | 0.20 | 62.00 |
| 04/07/08 | AD | Telephone call from S. Bauer re intention of motion to abandon. | 0.20 | 62.00 |
| 04/07/08 | AD | Drafting service list and Conferring with MOBrien re same and letter serving motion. | 0.60 | 186.00 |
| 04/07/08 | AD | Telephone call from P. Staiano re outcome of motion for settlement/need to abandon. | 0.40 | 124.00 |
| 04/10/08 | AD | Conferring with trustee re status and strategy - pursuing preferences. | 0.10 | 31.00 |
| 04/10/08 | AD | Drafting certificate of service complying with order shortening time and limiting notice and electronic filing and service of same. | 0.50 | 155.00 |
| 04/11/08 | AD | E-mail exchange with   S. Bauer re need for appearance at hearing | 0.20 | 62.00 |

**Sterns & Weinroth, P.C.**

Thomas J. Orr, Trustee  
Re: Imperial Oil Co., Inc.  
I.D. 51185-00074 - AD

March 25, 2010  
Invoice  58155  
Page 12

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | 4/14/ | | |
| 04/14/08 | AD | Traveling to and from court and appearing at emergent motion for abandonment. | 0.90 | 279.00 |
| 04/14/08 | AD | E-mail exchange with C. Provorny and Bauer re trustee's intent re abandonment of account receivable/no more participation in litigation. | 0.20 | 62.00 |
| 04/15/08 | AD | Telephone call with S. Bauer and C. Provorny and telephone call to trustee re no participation in motion to enforce. | 0.40 | 124.00 |
| 04/21/08 | AD | Telephone call from F. Steele re status of abandonment, etc. | 0.20 | 62.00 |
| 05/21/08 | AD | E-mail from S. Bauer re discovery requests and conferring with trustee re response to discovery requests and e-mail S. Bauer re issues of attorney client privilege and waiver prevent current response. | 0.30 | 93.00 |
| 06/11/08 | DJM | Composing and sending e-mail to T. Orr re preference documentation. | 0.10 | 21.00 |
| 06/11/08 | AD | E-mail from S. Bauer re request for conference call. | 0.10 | 31.00 |
| 06/12/08 | DJM | Receiving and reviewing e-mail from T. Orr with documents supporting preference action. | 0.30 | 63.00 |
| 06/16/08 | AD | Telephone call with C. Provorny and S. Bauer re disposition of tax refund and other matters to facilitate settlement and Telephone call to trustee re same. | 0.60 | 186.00 |
| 06/16/08 | AD | Conferring with DJMcDonough re research as to right of setoff. | 0.20 | 62.00 |
| 06/16/08 | AD | E-mail exchange with trustee re tax refund sitting with principal's counsel and request for abandonment. | 0.50 | 155.00 |
| 06/17/08 | DJM | Research re termination of right of setoff. | 0.60 | 126.00 |
| 06/17/08 | DJM | Reviewing case law on setoff. | 1.10 | 231.00 |
| 06/18/08 | AD | E-mail to S. Bauer re possible resolution of competing claims to tax refund. | 0.20 | 62.00 |
| 06/19/08 | DJM | Conference with ADobin re preference of Rieke. | 0.20 | 42.00 |
| 06/19/08 | DJM | Telephone call with PNC Bank re date of attachments. | 0.30 | 63.00 |
| 06/19/08 | DJM | Composing and sending e-mail to T. Orr requesting more information on attachments. | 0.10 | 21.00 |
| 06/19/08 | DJM | Drafting, reviewing and revising complaint to recover preferential payment from Rieke. | 0.50 | 105.00 |
| 06/19/08 | DJM | Receiving and reviewing e-mail from T. Orr re information as to Rieke preference. | 0.10 | 21.00 |
| 06/19/08 | AD | Conferring with DJMcDonough re proving amount of preference. | 0.20 | 62.00 |
| 06/23/08 | DJM | Receiving and reviewing e-mail from ADobin with cites for setoff. | 0.10 | 21.00 |
| 06/23/08 | DJM | Composing and sending e-mail to ADobin with legal cites against right to setoff. | 0.30 | 63.00 |
| 06/23/08 | AD | E-mail from S. Bauer re IRS setoff issue and forward to | 0.10 | 31.00 |

**Sterns & Weinroth, P.C.**

| | |
|---|---|
| Thomas J. Orr, Trustee | March 25, 2010 |
| Re: Imperial Oil Co., Inc. | Invoice   58155 |
| I.D. 51185-00074 - AD | Page 13 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | DJMcDonough. | | |
| 06/26/08 | DJM | Conference with ADobin re status of preferences. | 0.10 | 21.00 |
| 06/26/08 | AD | Conferring with DJMcDonough re no preference suit to be brought. | 0.10 | 31.00 |
| 07/03/08 | DJM | Receiving and reviewing e-mail chain between ADobin and IRS re setoff. | 0.10 | 21.00 |
| 07/03/08 | DJM | Reviewing case law cited by IRS, preparing memo on same. | 0.60 | 126.00 |
| 07/08/08 | DJM | Researching cases on setoff and drafting memo on same. | 0.80 | 168.00 |
| 07/08/08 | DJM | Conference with ADobin re right to setoff and waiver. | 0.10 | 21.00 |
| 07/09/08 | AD | Reviewing memo re setoff rights. | 0.20 | 62.00 |
| 08/15/08 | AD | E-mail to S. Bauer re challenge to waiver of setoff argument. | 0.20 | 62.00 |
| 08/18/08 | AD | E-mail from S. Bauer re offer of $2,500.00. | 0.10 | 31.00 |
| 09/22/08 | AD | Telephone call with trustee re accepting offer on disputed tax refund issued. | 0.10 | 31.00 |
| 09/26/08 | AD | Drafting 9019 notice re tax refund. | 0.30 | 93.00 |
| 09/28/08 | AD | Reviewing, revising and finalizing 9019 Notice re tax refund and electronic filing and service of same. | 0.30 | 93.00 |
| 09/29/08 | AD | E-mail exchange with S. Bauer re notice of settlement. | 0.10 | 31.00 |
| 10/02/08 | AD | Telephone call with trustee re logistics of turnover of refund check. | 0.20 | 62.00 |
| 10/02/08 | AD | E-mail to S. Bauer re abandonment of insurance coverage issue. | 0.10 | 31.00 |
| 10/13/08 | AD | Letter from C. Provorny and letter to trustee re tax refund check. | 0.20 | 62.00 |
| 10/31/08 | AD | E-mail exchange with trustee re distributing payment from IRS check. | 0.10 | 31.00 |
| 03/09/10 | AD | Drafting narrative and reviewing bill. | 0.40 | 130.00 |
| 03/23/10 | TO | Preparing S&W fee application. | 1.50 | 150.00 |
| | | **Total Fees** | | **28,913.50** |

| Fee Recap | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate/Hour** | **Amount** |
| Robert P. Zoller | 20.80 | 330.00 | 6,864.00 |
| Robert P. Zoller | 3.20 | 340.00 | 1,088.00 |
| Andrea Dobin | 25.60 | 300.00 | 7,680.00 |
| Andrea Dobin | 30.70 | 310.00 | 9,517.00 |
| Andrea Dobin | 0.40 | 325.00 | 130.00 |
| Christopher E. Torkelson | 0.70 | 250.00 | 175.00 |
| Jennifer L. Cordes | 3.40 | 200.00 | 680.00 |
| Jennifer L. Cordes | 0.30 | 210.00 | 63.00 |
| Roxanne E. Jayne | 2.00 | 375.00 | 750.00 |
| Craig D. Becker | 3.90 | 175.00 | 682.50 |
| Douglas J McDonough | 5.40 | 210.00 | 1,134.00 |

**Sterns & Weinroth, P.C.**

| | |
|---|---|
| Thomas J. Orr, Trustee | March 25, 2010 |
| Re: Imperial Oil Co., Inc. | Invoice   58155 |
| I.D. 51185-00074 - AD | Page 14 |

| Timekeeper | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Terri Olsen | 1.50 | 100.00 | 150.00 |
| **Fees for Legal Services** | **97.90** | | **28,913.50** |

### Disbursements

| Date | Description | Amount |
|---|---|---|
| 02/29/08 | Westlaw research AD 2/20/08 | 46.59 |
| 07/31/08 | Westlaw research DJM 7/8/08 | 25.03 |
| | Telecopy | 322.00 |
| | Photocopying | 121.40 |
| | Postage | 17.40 |
| | Travel & related expenses | 8.00 |
| | Federal Express | 264.62 |
| | **Total Disbursements** | **805.04** |
| | Total Fees and Disbursements | 29,718.54 |
| | **Total Current Invoice** | **29,718.54** |
| | **Balance Forward** | **0.00** |
| | **Total Amount Due** | **29,718.54** |