UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ROBERTA A. DEANGELIS
UNITED STATES TRUSTEE, REGION 3
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____
                                             :
In re:                                       :
                                             :         Chapter 7
**IMPERIAL OIL CO., INC.**      :         Case No: **07-15294 (RTL)**
                                             :
Debtor(s)                             :
_____:

STATEMENT OF REVIEW BY THE ACTING UNITED STATES TRUSTEE

The Acting United States Trustee has reviewed and has no objection to (i) the Trustee's

Final Report and Account of the Administration of the Estate and  Final Application for

Compensation, and (ii) the Trustee's Proposed Distribution of Property of the Estate, all of which

documents have been filed in the above referenced case.

                                   ROBERTA A. DEANGELIS
                                   UNITED STATES TRUSTEE
                                   REGION 3


                                   By:_/s/Brenda J. Naughton___
                                       Brenda J. Naughton
                                       Paralegal Specialist

Dated:  June 23, 2010


cc: Thomas J. Orr, Trustee